UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

```
--------------------------------------------------------------------X
                                              )
In re:                                        )          Chapter 7
                                              )
JONATHAN MOHAN ANAND,                         )          Case No. 23-50762-SCS
                                              )
      Debtor.                                 )
_____         )

BRIAN DONNELLY A/K/A KAWS and                 )
KAWS INC.,                                    )
                                              )
                        Plaintiffs,           )          Adv. Proc. No. _____
                                              )
                                              )
            vs.                               )
                                              )
JONATHAN MOHAN ANAND, both individually and   )
doing business as HOMELESS PENTHOUSE,         )
PENTHOUSE THEORY, HIDEOUT.NYC,                )
INCOGNITO and YOUNG NEON,                     )
                                              )
                        Defendants.           )
--------------------------------------------------------------------X
```

## COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF A DEBT  PURSUANT TO 11 U.S.C. SECTION 523

BRIAN DONNELLY A/K/A KAWS and KAWS INC. (collectively, "KAWS"), by

counsel, and pursuant to Rule 7001 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") and Section 523 of Title 11 of the United States Code (the "Bankruptcy

Code"), file this complaint seeking a determination from the Court that their claims against

JONATHAN MOHAN ANAND, both individually and doing business as Homeless Penthouse,

Penthouse Theory, Hideout.NYC, Incognito and Young Neon ("Anand"), are nondischargeable

pursuant to Section 523(a)(6) of the Bankruptcy Code, and request that the Court award a non-

dischargeable judgment against Anand in favor of KWAS, and in support thereof, state as follows:

## NATURE OF THE CASE

1.      If ever there was a bad faith bankruptcy petition, this is it.  As set forth in detail below, Anand has made a career out of willfully and maliciously violating federally registered copyrights and trademarks by globally advertising and selling counterfeit, infringing goods, illegally and falsely passing them off as authentic goods by renowned designers, luxury brands and artists, including, inter alia, KAWS.  In flagrant violation of KAWS' federally registered copyrights and trademarks, Anand has been selling, offering for sale, distributing, promoting and/or advertising in interstate and international commerce counterfeit, infringing KAWS Branded Products[1]—and continues to do so even after KAWS commenced an action against, inter alia, Anand on November 18, 2021 in the United States District Court for the Southern District of New York (1:21-cv-09562-PKC), alleging, inter alia, copyright and trademark infringement (the "New York Action").  As of the date of commencement of the New York Action, Anand was offering for sale at least 161 counterfeit items that illegally copy and infringe on KAWS' federally registered copyrights and trademarks, ranging in price from $36.00 to $9,999.00.

2.      Anand's culpability is not in question—it is an unassailable fact.  In the New York Action, Anand has conceded that he was a retail reseller of infringing products, that

---

[1] "KAWS Branded Products" refers to any goods, products, works of art, sculptures, paintings, designs and/or vinyl collectible figurines ("toys") bearing any one or more of the authentic or counterfeit federally registered KAWS trademarks (or any variation thereof) and/or bearing the image of one or more infringing federally registered KAWS copyright (or any variation thereof), including, inter alia, plush dolls, apparel, vinyl figures, ashtrays, skateboards, canvases, posters, sculptures, rugs accessories and neon lights.

he ordered infringing products from third parties and that he knowingly sold those infringing products online.  On social media, Anand brags about his lawlessness, posting, "Ppl scam all you can.  Scam the game.  Scam your dad.  Scam your barber.  Scam Facebook.  Scam shopify.  Scam visa, scam Amex, scam Ethereum," and describes himself as "a hustler" who sells knock-off merchandise "to push [his] own agenda and pump out shit people want to buy."  Instead of showing remorse, Anand has taken the opposite tact:  stonewalling KAWS throughout discovery by failing to produce a single document, a single substantive interrogatory response or the name of a single knowledgeable witness and blatantly lying to the Court and to KAWS in sworn documents.  Further demonstrating his bad faith and unrepentant nature, Anand has derided and defamed KAWS on social media and physically threatened KAWS in violent Instagram stories and videos featuring KAWS toys that have been shot and drowned.

3.     Anand's bad faith misconduct and refusal to meaningfully participate in the New York Action has been so unrelenting that Judge P. Kevin Castel ("Judge Castel"), in his Order, dated July 21, 2023 (Ex. 10), warned Anand that Anand's failure to fully respond to KAWS' document requests and interrogatories by a certain date "**WILL RESULT IN THE FULL RANGE OF SANCTIONS PERMITTED BY RULE 37, FED. R. CIV. P.**" (Id., p. 4) (emphasis in original).  Judge Castel further chastised Anand:  "**IN PARTICULAR, THE COURT MAY IMPOSE THE SANCTION OF STRIKING** [Anand's] **ANSWER AND ENTERING A DEFAULT JUDGMENT AGAINST** [Anand]" (Id.) (emphasis in original).  After Anand failed to comply with Judge Castel's Order, KAWS filed a motion against Anand, seeking, inter alia, a default judgment and sanctions against Anand.  ***The very next day***, Anand declared bankruptcy in this Court and requested that the New York Action be stayed.

4.     KAWS' claim against Anand is nondischargeable pursuant to 11 U.S.C. 523(a)(6).  Anand's bankruptcy filing in Newport News, Virginia, is a transparent ruse to manufacture a stay and obtain a delay in the New York Action and prevent Judge Castel from declaring a default judgment against him and sanctioning him.  Anand willfully and maliciously advertised and sold counterfeit, infringing KAWS Branded Products with no regard whatsoever for KAWS' federally registered copyrights and trademarks.  Even after KAWS successfully obtained the removal of counterfeit and infringing items from Anand's websites and social media accounts (by filing Digital Millennium Copyright Act ("DMCA") takedown notices) and commenced the New York Action against Anand, Anand continued to advertise and offer for sale counterfeit, infringing KAWS Branded Products and to taunt and physically threaten KAWS via social media posts.

## JURISDICTION

5.     This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§157 and 1334.  This is a core proceeding under 28 U.S.C. §157(b)(2)(I).

6.     Venue is appropriate in this Court pursuant to 28 U.S.C. §1409.

7.     KAWS' claims against Anand are not dischargeable in bankruptcy by virtue of §523(a)(6) of the Bankruptcy Code.

## PARTIES

8.     On October 25, 2023 (the "Petition Date"), Anand (the "Debtor") filed a voluntary petition for relief in the above-captioned Bankruptcy Court (the "Court") pursuant to Chapter 7 of the Bankruptcy Code.

9.     Daniel A. Raymond was appointed Chapter 7 Trustee in this case.

10.     KAWS is a creditor in the Debtor's bankruptcy case, and listed in the Debtor's Schedules of Unsecured Claims filed on the Petition Date as a creditor with a claim in the amount of $10,000,000.  KAWS is an internationally celebrated artist and designer, renowned for his sculptures, paintings and vinyl collectible figurines (or "toys").  KAWS' artworks have been exhibited in museums and galleries worldwide, including, inter alia, Mori Arts Center Gallery, Tokyo, The Brooklyn Museum, The National Gallery of Victoria, Melbourne, Australia, The High Museum of Art in Atlanta, The Modern Art Museum of Fort Worth, Museum of Contemporary Art Detroit, Fire Station, Qatar Museums, Doha, Qatar, Centro de Contemporaneo, Malaga, Spain, Yorkshire Sculpture Park in Wakefield, England and Yuz Museum, Shanghai.  KAWS has collaborated with world-renowned brands, such as Nike, Uniqlo, A Bathing Ape, Dior, Comme des Garcons, MTV Video Music Awards, sacai and Supreme.  KAWS' artwork is in very high demand with his painting "The KAWS Album" selling in a Sotheby's Hong Kong auction on April 2019 for $14.8 million.  KAWS also endeavors to create items that are more readily attainable by wider audiences, such as those featured in his collaboration with Uniqlo, including t-shirts, sweatshirts, hoodies, tote bags and toys all priced under $50.00.

11.     Anand, the Debtor in this bankruptcy case, claims to be a resident of Newport News, Virginia.  Anand is the founder, owner, operator and/or controlling force of Homeless Penthouse, an unregistered entity established by Anand in 2018 that operates a network of websites, Instagram accounts, Facebook pages, Pinterest pages, a YouTube account and a smartphone app that advertises, promotes, displays, distributes, offers for sale and sells

counterfeit and infringing goods, including counterfeit goods that illegally copy and infringe on KAWS' registered copyrights and trademarks.

12.    Upon information and belief, at all relevant times, Anand is the founder, CEO, owner, operator and/or controlling force of Penthouse Theory, an unregistered entity established by Anand in 2020 that operates a network of websites, Instagram accounts, Facebook pages, Pinterest pages, a YouTube account and a smartphone app that advertises, promotes, displays, distributes, offers for sale and sells counterfeit and infringing goods, including counterfeit goods that illegally copy and infringe on KAWS' registered copyrights and trademarks.

13.    Upon information and belief, at all relevant times, Anand is the founder, CEO, owner, operator and/or controlling force of Hideout.NYC, an unregistered entity established by Anand in or about 2020 that operates a website and Instagram account that advertise, promote, display, distribute, offer for sale and sell counterfeit and infringing goods, including counterfeit goods that illegally copy and infringe on KAWS' registered copyrights and trademarks.

14.    Upon information and belief, at all relevant times, Anand is the founder, CEO, owner, operator and/or controlling force of Incognito, an unregistered entity established by Anand in or about 2020 or 2021 that operates a website that advertises, promotes, displays, distributes, offers for sale and sells counterfeit and infringing goods, including counterfeit goods that illegally copy and infringe on KAWS' registered copyrights and trademarks.

15.    Upon information and belief, at all relevant times, Anand is the founder, CEO, owner, operator and/or controlling force of Young Neon, an unregistered entity that Anand

uses to collect payments for items sold by Homeless Penthouse, Penthouse Theory, Hideout.NYC and Incognito.

16.    Upon information and belief, at all relevant times Anand is the registrant, owner, operator and/or controlling force behind https://shophomeless.com/ and https://homelesspenthouse.com/ (the "Homeless Penthouse Websites"), https://penthousetheory.com, https://www.thehideout.nyc/ and https://shopincognito.net/.

### FACTS

**A.    KAWS' Famous Copyrights and Trademarks**

17.    KAWS' artworks and items for sale are instantly recognizable around the world, especially those featuring the copyrighted "Companion" and/or "BFF."  The "Companion" and "BFF" are copyrightable works of authorship duly registered with the U.S. Copyright Office under registration numbers VA 2-180-272 (Exhibit 1) and VA-2-182-652 (Exhibit 2), respectively, with effective dates of registration of December 2, 2019 and December 12, 2019, respectively (collectively, "KAWS' Registered Copyrights").

18.    The "Companion" is a recurring figure in KAWS' most famous works, variations of which appear in countless forms and mediums, including, inter alia, as toys, large wood or bronze sculptures, massive inflatable sculptures or even as a Macy's Thanksgiving Day Parade float.  KAWS often depicts the Companion with a skull and crossbones for a head and "XX" eyes, wearing pants or taking the reappropriated form of a cartoon character or pop culture icon.

19.    KAWS' signature "XX" has been a critical element of his artworks and items for sale for decades, featuring in nearly all of KAWS' major works.  The skull head is a

motif recurring throughout KAWS' work, dating back to KAWS' early street art, which included the painting of this head onto figures in advertisements on bus shelters and in subway stations.

20.    In 2016, KAWS debuted "BFF," a Muppet-like figure with KAWS' trademarked "XX's" for eyes, gloved hands, oversized ears and furry exterior.  KAWS sells, throughout the United States and globally, Companion and BFF toys in a variety of sizes, colors and poses, as well as other items featuring the Companion, BFF and/or KAWS' distinctive trademarks and copyrights, including, inter alia, t-shirts, tote bags and prints.

21.    KAWS' federal trademark registrations in the United States Patent and Trademark Office include, inter alia, marks for the name "KAWS" and a mark consisting of two "X's" with the lines of each "X" tapered at the top and rounded with semi-circles at the ends. Correct and true copies of KAWS' federal trademark registrations (collectively, "KAWS' Registered Trademarks") are annexed hereto as Exhibit 3.

22.    KAWS consistently has used and continues to use KAWS' Registered Copyrights and Trademarks in interstate and international commerce to identify and distinguish KAWS' toys and other items for sale and in connection with artworks created and exhibited by KAWS on a global scale.

23.    KAWS has not assigned or licensed KAWS' Registered Copyrights or Trademarks to Anand.

24.    KAWS' Registered Copyrights and Trademarks are valid, subsisting in full force and effect, and constitute prima facie evidence of the validity of the copyrights and marks.

25.    KAWS' Registered Copyrights and Trademarks are symbols of KAWS' quality, reputation and goodwill.

26.     KAWS has expended substantial time, money and resources developing, advertising and promoting KAWS' Registered Trademarks, which qualify as famous marks pursuant to 15 U.S.C. §1125(c)(1).

27.     Anand committed his unlawful, infringing activities after KAWS' Registered Copyrights and Trademarks became famous as a result of the global popularity and acclaim of KAWS' artworks, toys and other items for sale, as well as their extensive international sales and publicity.  As a result of KAWS' efforts, the public readily identifies items bearing KAWS' Registered Copyrights and Trademarks as high quality items created and/or approved by KAWS.  As KAWS' Registered Copyrights and Trademarks have acquired secondary meaning, any product or advertisement bearing such copyrights and/or marks is immediately associated by the public, the trade and consumers as being a product of and/or affiliated with KAWS.

28.     KAWS has strived to protect the KAWS name and to enforce KAWS' Registered Copyrights and Trademarks and has carefully monitored and policed the use of KAWS' Registered Copyrights and Trademarks, repeatedly successfully obtaining the removal of counterfeit and infringing items from websites and social media accounts, including, without limitation, toys, sculptures, canvases and home goods, after filing DMCA takedown notices, including against Anand.

**B.     Anand's Counterfeiting and Infringing Activities**

29.     In flagrant violation of KAWS' federal registration of KAWS' Registered Copyrights and Trademarks and KAWS' use of KAWS' Registered Copyrights and Trademarks on toys and other items for sale by KAWS, Anand has been selling, offering for sale, distributing, promoting and/or advertising in interstate and international commerce, through the

Internet and e-mail, counterfeit goods infringing on KAWS' Registered Copyrights and Trademarks.

30.    Anand has conducted and is conducting his counterfeiting and infringing activities throughout the United States and the world and is defrauding KAWS and the consuming public for Anand's own benefit and unjust enrichment.

31.    Anand is not and never has been associated with, affiliated with, connected with, endorsed by or sanctioned by KAWS and KAWS never authorized or consented to Anand's use of KAWS' Registered Copyrights and Trademarks or ones substantially indistinguishable therefrom or confusingly similar thereto.  KAWS has no control over the nature and quality of Anand's counterfeit goods infringing on KAWS' Registered Copyrights and Trademarks.

32.    Despite being notified by KAWS of Anand's illegal activities and/or knowing that Anand unlawfully was counterfeiting and/or infringing KAWS' Registered Copyrights and Trademarks, Anand intentionally, maliciously, willfully and/or recklessly continues to reproduce, copy and prepare derivative works of KAWS' Registered Copyrights and Trademarks and/or advertise, promote, display, manufacture, distribute, offer for sale and sell counterfeit goods infringing on KAWS' Registered Copyrights and Trademarks.  Anand's unlawful misconduct constitutes an exceptional case under 15 U.S.C. § 1117(a).

33.    Anand's unlawful acts were and are calculated to confuse and deceive the public and to underhandedly trade on KAWS' goodwill and reputation and were conducted with full knowledge of KAWS' rights.  Anand's use of KAWS' Registered Copyrights and Trademarks or ones substantially indistinguishable therefrom and/or confusingly similar thereto in connection with Anand's goods is likely to cause and has caused the public, the trade and

consumers to believe erroneously that the products offered for sale and/or distributed by Anand were created, authorized and/or approved by KAWS. This confusion has caused and continues to cause irreparable harm to KAWS and weakens, dilutes, tarnishes and blurs the distinctive quality of KAWS' Registered Copyrights and Trademarks.

34.     Anand has disparaged KAWS, KAWS' Registered Copyrights and Trademarks and KAWS' toys and other items for sale by creating a false association with Anand's shoddy, inferior, counterfeit goods and the false impression that KAWS is the source of origin thereof. Anand's unlawful activities will hamper continuing efforts by KAWS to protect its outstanding reputation for high quality, original and distinctive works and will tarnish the goodwill and demand for genuine toys and other items for sale by KAWS.

35.     Anand has been unjustly enriched by illegally using and misappropriating KAWS' intellectual property for his own financial gain and has unfairly benefited and profited from KAWS' outstanding reputation, KAWS' Registered Copyrights and Trademarks and KAWS' significant promotion of its genuine toys and other items for sale.

**C.      Anand and Homeless Penthouse's Counterfeiting and Infringing Activities**

36.     Upon information and belief, Anand founded Homeless Penthouse in late 2017 after his jewelry business—called J Group NY—began failing. Anand has claimed that a high school friend—identified only as "an NYC Real Estate Heiress"—offered to partially finance Homeless Penthouse as a vehicle for selling purported KAWS, Supreme and Takashi Murakami items, as well as wall art and custom designs. From the very start, Anand and Homeless Penthouse advertised widely on social media.

37.     Upon information and belief, Anand tasked an "NYC team" with handling customer support while Anand traveled throughout China and Hong Kong, focusing on

marketing, sourcing new items, factories and markets and eventually overseeing operations and shipping.

38.     On his LinkedIn page (Exhibit 4), Anand describes himself as "Managing Director at Homeless Penthouse" and states that he has held that position since October 2017. Anand claims that he "is a serial entrepreneur," "is an entrepreneur who has built businesses from the ground up" and "knows how to get things done--whether it be sourcing products or marketing campaigns" (Id.).  Anand brags that his "social media channels are a glimpse into the life of an entrepreneur who runs multiple businesses, [and] documents every day as CEO through these posts that have more than one million followers across all platforms" (Id.).

39.     On https://www.homelesspenthouse.com/, Homeless Penthouse has described itself as an "NYC BASED CREATIVE COMPANY WORKING WITH FASHION & LIFESTYLE BRANDS TO CURATE THE PRODUCTS YOU WANT."  That homepage contained links to Penthouse Theory, Hideout.NYC and Incognito, all of which advertised, promoted, displayed, distributed, offered for sale and sold counterfeit and infringing goods, including counterfeit goods that illegally copied and infringed on KAWS' Registered Copyrights and Trademarks.

40.     The "Shop" link in the menu on https://www.homelesspenthouse.com/ led to https://shophomeless.com/, which included the Homeless Penthouse brand name at the top of that page.

41.     As of October 13, 2021, the Homeless Penthouse Websites offered for sale 90 counterfeit items that illegally copy and infringe on KAWS' Registered Copyrights and Trademarks, ranging in price from $49.00 to $9,999.00.  Images of the counterfeit, infringing items offered for sale on the Homeless Penthouse Websites that misappropriate KAWS'

Registered Copyrights and Trademarks are set forth in Exhibit 5-Parts 1, 1, 3, 4, 5, and 6.. Upon information and belief, all of the items in Exhibit 5-Parts 1, 2, 3, 4, 5, and 6 are counterfeit and unlawfully use KAWS' Registered Copyrights and Trademarks.

42.    Upon information and belief, Anand and Homeless Penthouse advertised and offered for sale, and continue to advertise and offer for sale, their counterfeit, infringing goods on the Homeless Penthouse Websites, as well as on Homeless Penthouse's Facebook pages, Pinterest page, Instagram accounts, YouTube channel, Homeless Penthouse Magazine (including articles that appear to have been plagiarized from actual media outlets with the original authors' names replaced) and a Homeless Penthouse smartphone app that is available in the Apple App Store.

43.    Anand and Homeless Penthouse willfully and maliciously continue to engage in such counterfeiting and infringing activities despite KAWS successfully obtaining the removal of certain counterfeit and infringing items from the Homeless Penthouse Websites and social media accounts, including, without limitation, toys, sculptures, canvases and home goods, after KAWS filed DMCA takedown notices.

44.    The willfulness of Anand and Homeless Penthouse is undeniable.  The Homeless Penthouse Websites formerly contained scrolling text in all caps reading "EVERYTHING IS A COPY OF EVERYTHING."  As of September 10, 2021, the following exchange was found on the Homeless Penthouse Websites' FAQ page:

"Are the products real?
The products are really nice.  We try our best to ship them our quickest to you."

These obfuscating, tongue-in-cheek statements are feeble attempts to escape the obvious:  the purported KAWS items for sale on the Homeless Penthouse Websites are deliberate fakes.

45.     On or about October 29, 2021, Anand posted a video on his Instagram account, inter alia, claiming that Homeless Penthouse earned $130,983.32 for the week of September 15-22, 2021 and displaying the image of an infringing, counterfeit item titled "4FT Las Vegas Sculpture" offered for sale for $3,999.00.  Anand further stated:

> "Ppl scam all you can.  Scam the game.  Scam your dad.  Scam your barber.  Scam Facebook.  Scam shopify.  Scam visa, scam Amex, scam ethereum.  But if you scam @shophomeless you scammed yourself.  I don't call cops or shoot glocks.  I def have some fun tho."

**D.     Anand and Penthouse Theory's Counterfeiting and Infringing Activities**

46.     Upon information and belief, Anand founded Penthouse Theory in 2020 as "a global shopping space" in an effort to create the leading interior design app and to build off the existing Homeless Penthouse Websites and social media accounts.

47.     As of October 13, 2021, Penthouse Theory offered for sale 25 counterfeit items that illegally copy and infringe on KAWS' Registered Copyrights and Trademarks, ranging in price from $36.00 to $3,999.00.  Images of the counterfeit, infringing items offered for sale by Penthouse Theory that misappropriate KAWS' Registered Copyrights and Trademarks are set forth in Exhibit 6-Parts 1, 2 and 3.  Upon information and belief, all of the items in Exhibit 6-Parts 1, 2 and 3 are counterfeit and unlawfully use KAWS' Registered Copyrights and Trademarks.

48.     Upon information and belief, Anand and Penthouse Theory advertised and offered for sale, and continue to advertise and offer for sale, their counterfeit, infringing goods on Penthouse Theory's website (including in a "KAWS STORE"), as well as on Penthouse Theory's Facebook page, Pinterest page, Instagram accounts, YouTube channel and a Penthouse Theory smartphone app that is available in the Apple App Store.

49.     Anand and Penthouse Theory willfully and maliciously continue to engage in such counterfeiting and infringing activities despite KAWS successfully obtaining the removal of certain counterfeit and infringing items from the Homeless Penthouse Websites and social media accounts, including, without limitation, toys, sculptures, canvases and home goods, after KAWS filed DMCA takedown notices.

50.     Anand has tagged KAWS in Anand's Instagram stories, goading and taunting KAWS by, inter alia, displaying a knock-off chain/pendant purportedly created by Anand meant to mimic the chain/pendant that KAWS produced for the rapper Kid Cudi to wear to the 2021 Met Gala and lashing out at KAWS for the latter's public disapproval of Penthouse Theory's counterfeit, infringing goods.  Anand described himself as "a hustler" who sells knock-off merchandise "to push [his] own agenda and pump out shit people want to buy."

**E.     Anand and Incognito's Counterfeiting and Infringing Activities**

51.     Upon information and belief, Anand founded Incognito in 2020 or 2021.

52.     As of October 13, 2021, Incognito offered for sale 40 counterfeit items that illegally copy and infringe on KAWS' Registered Copyrights and Trademarks, ranging in price from $59.00 to $7,500.00.  Images of the counterfeit, infringing items offered for sale on Incognito's website that misappropriate KAWS' Registered Copyrights and Trademarks are set forth in Exhibit 7.[2]  Upon information and belief, all of the items in Exhibit 7 are counterfeit and unlawfully use KAWS' Registered Copyrights and Trademarks.

---

[2] The counterfeit, infringing KAWS items are highlighted in yellow in Exhibit 7 as Incognito's website does not contain links to individual pages for each item for sale.

53.    Upon information and belief, Anand and Incognito advertised and offered for sale, and continue to advertise and offer for sale, their counterfeit, infringing goods on Incognito's website.

54.    Anand and Incognito willfully and maliciously continue to engage in such counterfeiting and infringing activities despite KAWS successfully obtaining the removal of certain counterfeit and infringing items from the Homeless Penthouse Websites and social media accounts, including, without limitation, toys, sculptures, canvases and home goods, after KAWS filed DMCA takedown notices.

**F.    Anand and Hideout.NYC's Counterfeiting and Infringing Activities**

55.    Upon information and belief, Anand founded Hideout.NYC in 2020 or 2021.

56.    As of October 20, 2021, Hideout.NYC offered for sale six counterfeit items that illegally copy and infringe on KAWS' Registered Copyrights and Trademarks, ranging in price from $49.00 to $299.00.  Images of the counterfeit, infringing items offered for sale on Hideout.NYC's website that misappropriate KAWS' Registered Copyrights and Trademarks are set forth in Exhibit 8.  Upon information and belief, all of the items in Exhibit 8 are counterfeit and unlawfully use KAWS' Registered Copyrights and Trademarks.

57.    Upon information and belief, Anand and Hideout.NYC advertised and offered for sale, and continue to advertise and offer for sale, their counterfeit, infringing goods on Hideout.NYC's website and Instagram account.

58.    Anand and Hideout.NYC willfully and maliciously continue to engage in such counterfeiting and infringing activities despite KAWS successfully obtaining the removal of certain counterfeit and infringing items from the Homeless Penthouse Websites and social

media accounts, including, without limitation, toys, sculptures, canvases and home goods, after

KAWS filed DMCA takedown notices.

### G.    Anand Has Admitted to Illegally Selling Infringing Products

59.    On November 18, 2021, KAWS commenced the New York Action in the

United States District Court for the Southern District of New York (1:21-cv-09562-PKC)

against, inter alia, Anand, alleging, inter alia, copyright and trademark infringement.

60.    In his Affidavit, sworn to on March 28, 2022 ("3/28/22 Anand Aff.") (Ex.

9), Anand conceded:

> "In this regard it is respectfully submitted that all the alleged goods are routinely available on internet e-commerce website like *Alibaba* and *eBay* to name some. ***I as a retail reseller ordered these products from whole sellers and sold on my website***" (Id., ¶11) (emphasis supplied).

Anand further admitted:

> "I further state that, even aforesaid sales of alleged items were ***sold by me as a retailor*** obtaining goods from a legitimate whole seller with proper invoice and consignment and sold like any other regular e-commerce website, ***without even concerned or investigating Copyright or Trademark issue***" (Id., ¶13) (emphasis supplied).

61.    In ¶8 (Second Affirmative Defense) of his Answer, Anand again

conceded:

> "It is stated that all the alleged goods are routinely available on internet e-commerce website like *Alibaba* and *eBay* to name some. ***Defendant as a retail reseller ordered these products from whole sellers and sold on his website***" (emphasis supplied).

62.    The 3/28/22 Anand Aff. and the Answer conclusively prove, by Anand's

own admission, that he was a retail reseller of infringing products, that he ordered infringing

products from third parties and that he knowingly sold those infringing products online.

63. During the January 17, 2023 case management conference with Judge Castel, Anand's counsel again confirmed Anand's contention that he is a retail reseller who purchases KAWS Branded Products online and then resells them online, as follows: "It's only a case of the retail reseller."

64. Anand's social media posts indisputably prove that he played a central role in willfully and maliciously injuring KAWS by advertising and selling infringing KAWS Branded Products, including, inter alia:

(i) Anand's LinkedIn page links to videos, inter alia, of: (a) Glass doors that infringe on KAWS' Registered Copyrights and Trademarks; and (b) Infringing KAWS Branded Products and other counterfeit, infringing goods with the following text: "A custom [BAPE] Couch that we made for a private client;"

(ii) In an Instagram video published on or about October 29, 2021, Anand displayed the image of an infringing, counterfeit KAWS Branded Product titled "4FT Las Vegas Sculpture" (offered for sale for $3,999.00) and claimed that Homeless Penthouse earned $130,983.32 from sales during the week of September 15-22, 2021;

(iii) In an Instagram video, Anand advertised an infringing, counterfeit chain/pendant meant to mimic one designed by KAWS and described himself as "a hustler" who sells knockoff merchandise "to push [his] own agenda and pump out shit people want to buy;"

(iv) In an April 27, 2022 Instagram story, Anand posted a screenshot of Homeless Penthouse's Shopify account, claiming $5,412.00 in total sales for that day; and

(v) In a May 12, 2022 Instagram story, Anand wrote, "Dm[3] me if u want something. All in stock in the China office."

65. Not content with committing copyright and trademark infringement and withholding discoverable documents and information from KAWS, Anand has progressed to threatening KAWS on social media. On June 15, 2023, Anand posted a disturbingly violent

---

[3] To "DM" someone is to send them a direct message on social media.

story on his Instagram account depicting Anand on his phone with the following text:  "Me on a

FaceTime telling Bearbrick[4] to finish the job."  A gun is positioned so as to look like a

Be@rbrick toy is holding it.  A KAWS toy is positioned face down on the floor.  Subsequently,

a large blood-red stain appears next to the "dead" KAWS toy's head so as to look like blood with

the following text:  "Hit a stain faneto" (from the song Faneto by the rapper Chief Keef) and

"The blicky in the chrome bag is a nice touch too I give him a solid 9.2 for that stain."  "Blicky"

is slang for "pistol"[5] and "hit a stain" is slang for "commit robbery."[6]

66.     On July 10, 2023, Anand reposted a video originally posted by a

Penthouse Theory social media account in which an unseen individual kicks an infringing,

counterfeit KAWS statue into a pool with force and the camera lingers on the statue floating face

down.

**H.    Anand Files Bankruptcy in a Last-Ditch Effort to Escape a Default Judgment in New York**

67.     Throughout the New York Action, Anand repeatedly and vexatiously lied

to the Court and stonewalled KAWS in discovery.  Since Anand first appeared and sought to file

a belated answer in the action, Anand has failed to produce a single document, a single

substantive interrogatory response or the name of a single knowledgeable witness.  Anand

blatantly lied to the Court and to KAWS in sworn documents and refused to produce discovery.

68.     Pursuant to Paragraph 3(B) of Judge Castel's Individual Practices in Civil

Cases and Local Civil Rule 37.2, on June 27, 2023, KAWS submitted a 34-page discovery letter

---

[4] Be@rbrick is a Japanese designer toy brand produced by MediCom Toy Incorporated.
[5] https://www.urbandictionary.com/define.php?term=blicky

[6] https://www.urbandictionary.com/define.php?term=hit%20a%20stain

("KAWS' Discovery Letter") in which KAWS catalogued in detail exactly how Anand's responses to KAWS' document requests and interrogatories were egregiously deficient.

69.     In his Order, dated July 21, 2023 (Ex. 10), as modified on July 25, 2023 (Ex. 11) (the "7/21/23 Order"), Judge Castel held that the discovery "responses of Anand are ***grossly inadequate***" (Id., p. 1) (emphasis supplied).  Judge Castel further held that "***Anand's objections do not comply with Rule 34(b)(2)(C)***, Fed. R. Civ. P., because, among other things, they do not disclose whether any responsive documents are being withheld on the basis of any objection" (Ex. 10, p. 2) (emphasis supplied).  Judge Castel held that it "gathers that Anand does not wish to be a party to this action but ***the vehicles for defeating the claim do not include stonewalling the plaintiffs in discovery***" (Id., p. 3) (emphasis supplied).  Judge Castel ordered Anand to meaningfully and fully respond to KAWS' document requests and interrogatories by August 14, 2023 and clearly held in bold capital letters (Id., p. 4) that Anand's failure to "fully comply" with the 7/21/23 Order "**WILL RESULT IN THE FULL RANGE OF SANCTIONS PERMITTED BY RULE 37, FED. R. CIV. P.**" (emphasis in original).  Judge Castel further held in bold capital letters (Id.):

> "**IN PARTICULAR, THE COURT MAY IMPOSE THE SANCTION OF STRIKING HIS ANSWER AND ENTERING A DEFAULT JUDGMENT AGAINST HIM**" (emphasis in original).

70.     On August 14, 2023, Anand failed to produce a single document, served incomplete, evasive and false supplemental interrogatory responses to only a portion of KAWS' interrogatories and produced a self-serving affidavit, sworn to on August 14, 2023 (the "8/14/23 Anand Aff.") (Ex. 12), that was full of lies.

71.     On October 24, 2023, KAWS filed a motion against Anand, pursuant to FRCP 37(a)(5), 37(b)(2)(A)(iii), 37(b)(2)(A)(vi), 37(b)(2)(C) and Judge Castel's inherent powers

for an order: (i) Striking Anand's Answer; (ii) Entering a default judgment against Anand; and (iii) Awarding KAWS costs and attorney's fees.

72.    The very next day, Anand declared bankruptcy in United States Bankruptcy Court for the Eastern District of Virginia (Newport News) (Bankruptcy Petition #23-50762-SCS) and submitted a letter to Judge Castel, requesting a stay of the action in the Southern District of New York.

73.    Anand's bankruptcy filing in Virginia is a transparent ruse to manufacture a stay and prevent Judge Castel from declaring a default judgment against him in the New York Action.  In any event, KAWS' claim against Anand is nondischargeable pursuant to 11 U.S.C. 523(a)(6).  Anand willfully and maliciously advertised and sold counterfeit, infringing KAWS Branded Products—with no regard whatsoever for KAWS' Registered Copyrights and Trademarks—and continued to do so even after KAWS successfully obtained the removal of some of Anand's website pages and social media posts after the filing of DMCA takedown notices.  Even after KAWS commenced the New York Action against Anand, Anand continued to advertise and offer for sale counterfeit, infringing KAWS Branded Products and to taunt and physically threaten KAWS via social media posts.

74.    Anand must not be allowed to continue to evade responsibility for his willful and malicious copyright and trademark infringement and his insidious pattern of making a mockery of the judicial system.

## COUNT I
## Objection to Dischargeability Pursuant to 11 U.S.C. 523(a)(6)

75.    KAWS repeats and realleges all of the foregoing allegations as if fully set forth herein.

76.     Pursuant to Section 523(a)(6) of the Bankruptcy Code, a debt incurred by a debtor who engages in willful and malicious conduct which results in damage shall be nondischargeable.

77.     Anand willfully and maliciously advertised and sold—and continues to willfully and maliciously advertise and sell—counterfeit, infringing KAWS Branded Products.

78.     Anand intended to wrongfully interfere with KAWS' use of its Registered Copyrights and Trademarks, intentionally using spurious designations that are identical with KAWS' Registered Copyright and Trademarks or substantially indistinguishable therefrom or confusingly similar thereto.

79.     Anand acted with substantial certainty that his actions would cause harm and/or damage to KAWS and with a subjective motive to cause harm and/or damage to KAWS.

80.     Anand caused injury to and damaged KAWS and its property without just cause or excuse.

81.     Anand's actions as detailed herein and the resulting damages sustained by KAWS as a result of Anand's actions constitute willful and malicious injury by Anand to KAWS and its property such that KAWS' claims against Anand are nondischargeable within the meaning of 11 U.S.C. 523(a)(6), and KAWS is entitled to an award of damages and a nondischargeable judgment against Anand and in favor of KAWS in an amount according to proof, plus attorney's fees, costs, and other expenses.

## PRAYER FOR RELIEF

**WHEREFORE**, KAWS, by counsel, respectfully requests entry of an Order finding KAWS' claims against Anand nondischargeable pursuant to 11 U.S.C. §523(a)(6) in this bankruptcy case and any other case currently pending or filed by or against Anand, and in any

future bankruptcy case filed by or against Anand, and granting a nondischargeable money judgment against Anand in favor of KAWS in an amount according to proof, plus attorney's fees, costs and other expenses.

Dated: February 2, 2024                    BRIAN DONNELLY A/K/A KAWS and
                                           KAWS INC.


                                           BY:  __/s/ Donna J/ Hall_____
                                                 Counsel

                                           Donna J. Hall, Esquire (VSB # 26513)
                                           GOODMAN ALLEN DONNELLY, PLLC
                                           Town Point Center
                                           150 Boush Street, Suite 900
                                           Norfolk, Virginia 23510
                                           (757) 793-4422
                                           dhall@goodmanallen.com

                                           *Attorney for Plaintiffs Brian Donnelly a/k/a KAWS and
                                           KAWS Inc.*