# Exhibit 2

# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-182-652
**Effective Date of Registration:**
December 12, 2019
**Registration Decision Date:**
December 13, 2019

---

## Title
      **Title of Work:** BFF

## Completion/Publication
      **Year of Completion:** 2016
      **Date of 1st Publication:** June 30, 2016
      **Nation of 1st Publication:** United States

## Author
- **Author:** KAWS Inc
      **Author Created:** sculpture
      **Work made for hire:** Yes
      **Citizen of:** United States

## Copyright Claimant
      **Copyright Claimant:** KAWS Inc
      259 Banker St, BROOKLYN, NY, 11222, United States

## Certification
      **Name:** Mark Barrow
      **Date:** December 12, 2019