# Exhibit 3

# Exhibit 3

# United States of America
### United States Patent and Trademark Office

# KAWS

**Reg. No. 6,047,656**  KAWS Inc. (NEW YORK CORPORATION)
259 Banker Street
**Registered May 05, 2020**  Brooklyn, NEW YORK 11222

**Int. Cl.: 35**  CLASS 35: Online retail store services featuring works of art and a wide variety of consumer goods

**Service Mark**  FIRST USE 10-9-2019; IN COMMERCE 10-9-2019

**Principal Register**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-665,354, FILED 10-23-2019



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# KAWS

**Reg. No. 6,046,763**
**Registered May 05, 2020**
**Int. Cl.: 6, 9, 14, 16, 18, 20, 25, 28**
**Trademark**
**Principal Register**

KAWS Inc. (NEW YORK CORPORATION)
259 Banker Street
Brooklyn, NEW YORK 11222

CLASS 6: Sculptures made of non-precious metals

FIRST USE 12-31-2001; IN COMMERCE 12-31-2001

CLASS 9: Sunglasses

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010

CLASS 14: Key rings; jewelry; watches; clocks; gold-plated statuettes; pins being jewelry

FIRST USE 12-31-2018; IN COMMERCE 12-31-2018

CLASS 16: Paintings; photographs; drawings; prints; postcards; paper shopping bags

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999

CLASS 18: Leather bags; backpacks; umbrellas; tote bags; canvas shopping bags; reusable shopping bags

FIRST USE 12-31-2012; IN COMMERCE 12-31-2012

CLASS 20: Pillows; furniture; works of art made of wood

FIRST USE 12-31-2008; IN COMMERCE 12-31-2008

CLASS 25: Clothing, namely, t-shirts, jackets, button-down shirts, trousers, socks, belts, sweatshirts, hats; footwear, namely, shoes, sneakers

FIRST USE 12-31-2008; IN COMMERCE 12-31-2008

CLASS 28: Toys, namely, soft sculpture and plush toys; toy figures; collectable toy figures; inflatable toys; inflatable pool toys; inflatable dolls and playthings; skateboards; dolls; puzzles; games, namely, playing cards; tabletop games, namely, playing cards

FIRST USE 9-19-2019; IN COMMERCE 9-19-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-639,584, FILED 10-02-2019

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 6,116,823** | KAWS Inc. (NEW YORK CORPORATION)<br>259 Banker Street<br>Brooklyn, NEW YORK 11222 |
| **Registered Aug. 04, 2020** | |
| **Int. Cl.: 18, 25** | CLASS 18: Leather bags; tote bags; canvas shopping bags; reusable shopping bags |
| **Trademark** | FIRST USE 12-31-2016; IN COMMERCE 12-31-2016 |
| **Principal Register** | CLASS 25: Shirts |

FIRST USE 12-31-2016; IN COMMERCE 12-31-2016

The mark consists of two "X's" with the lines of each "X" tapered at the top and rounded with semi-circles at the ends.

SER. NO. 88-662,105, FILED 10-21-2019



Director of the United States
Patent and Trademark Office

