# Exhibit 4

# Exhibit 4



## Jonathan Anand (Entrepreneur) · 3rd

Managing Director at Homeless Penthouse

Talks about #art, #ecommerce, #marketing, #startupculture, and #webdevelopment

New York, New York, United States · **Contact info**

**473** followers · **453** connections

 Follow     Message    More

## About

Jonathan Anand is a serial entrepreneur. He serves as Chairman of "Brooklyn Bound Media" and the Director of "Homeless Penthouse". Jonathan Anand is one of the most forward thinking minds in business - he acutely recognizes trends and patterns early to help others understand how these shifts impact markets. Whether it be emerging artists or investing in art, Jonathan knows exactly what's happening with digital communications so that brands can stay relevant for their consumers.

Jonathan is an entrepreneur who has built businesses from the ground up and helped brands leverage consumer attention through his full-service advertising agency, Brooklyn Bound Media which operates out New York City and has satellite offices in Los Angeles and Shenzhen. Jonathan knows how to get things done--whether it be sourcing products or marketing campaigns.

Brooklyn Bound Media is part of the BrooklynBound holding company which also includes JGroup. JGroup was Jonathans first company that he started at the age of 22. JGroup was originally a wholesale fashion jewelry company which was founded by chance. Jonathan grew this company to 5 million dollars in sales in only 3 short years. Then with the switch in buyer behavior to ecommerce and going belly up when his biggest client filed bankruptcy he was forced to put the project on hold. Now JGroup is back as a sourcing agent in Jonathans second home Shenzhen. JGroup is able to source just about anything you could possibly think of.

Jonathan's social media channels are a glimpse into the life of an entrepreneur who runs multiple businesses, documents every day as CEO through these posts that have more than one million followers across all platforms.

## Experience



**Chairman**
Brooklyn Bound Media · Full-time
Dec 2017 – Present · 5 yrs 11 mos
Brooklyn, New York, United States

---



**Managing Director**
Homeless Penthouse
Oct 2017 – Present · 6 yrs 1 mo

---



**Chairman**
J GROUP NY · Full-time
Jan 2013 – Present · 10 yrs 10 mos
Brooklyn, New York, United States