# Exhibit 5

# Exhibit 5

Free Delivery & Returns Free Delivery & Returns Free Delivery & Return



# HOMELESS PENTHOUSE





## 808 Heartbreak Neon Light

**$399.00**

Add to cart →

Buy with **PayPal**

More payment options

808 HEARTBREAK NEON LIGHT is now available, giving you the chance to add this highly coveted one into your exclusive collection.

Size: 64x48cm

Share: Facebook  Tweet  Pinterest

# You may also like










| Kermit the Frog Supreme Canvas | from $40.00 | Sexy Robot Mat | $128.00 | Damien Hirst Dots Canvas | from $40.00 | Takashi Murakami Big Flowers Canvas | from $36.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address     Subscribe →

# HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

  

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address          Subscribe →

✕

Free Delivery & Re

# HOMELESS PENTHOUSE



## A Bathing Ape X Kaws Rug

**$72.00**

Size:
○ 20x32
○ 30x45
○ 35x63
○ 63x84
○ 79x118

Add to cart →

Buy with **PayPal**

More payment options

Custom floor coverings can transform any space to make it your own. Our custom area rugs have a beautiful texture that lends to any creative expression you'd like to create for a room, large or small!

- Durable Textured Face
- Textured non-skid back
- Edge-to-edge sublimation printing in vibrant full color on face

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address     Subscribe →

✕







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕





# You may also like



Trunk Speakers                    $449.00



Banksy Middle Finger Canvas       from $14.00



Luxury Mini Stool                 $499.00



Bape Nigoldeneye Soup Canvas      from $40.00

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Accomplice, 2010 by KAWS

**$3,990.00**

Add to cart →

Buy with **PayPal**

More payment options

**Accomplice**, 2010

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Baby Milo Toy

$149.00

Add to cart →

Buy with **PayPal**

More payment options

Share:  Facebook  Tweet  Pinterest

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE





# Bearbrick Ashtray

**$59.00** $109.00

Colour:
○ White
○ black
○ Red
○ Black lightning
○ Pure white

<div>Add to cart →</div>

Buy with **PayPal**

More payment options

- Material: other
- Condition: New
- Novelty: Freshly baked
- Color classification: white black red black lightning pure white
- Whether it is in stock: in stock
- Mosaic material: ornaments

Share:  Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →



4

5

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# BEARBRICK RUG

**$129.00**

Color:
- 1
- 2
- 3
- 4
- 5
- 6

Add to cart →

Buy with **PayPal**

More payment options

120x60cm

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                      Subscribe →



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# You may also like









| A Bathing Ape X Kaws Rug | from $72.00 | Banksy Girl with Balloon Canvas | from $40.00 | Banksy Umbrella Girl Canvas | from $40.00 | Banksy Keep it Real Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                              Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery





© 2021, Shophomeless.
All Rights Reserved.








Free Delivery & Return

# HOMELESS PENTHOUSE



# BFF Companion Tray

$59.00

Color:
○ BLACK
○ BLUE
○ PINK

Add to cart →

Buy with **PayPal**

More payment options

Your favorite character on an ashtray.

Share: Facebook  Tweet  Pinterest



×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                Subscribe →



✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address     Subscribe →



# You may also like

| Monster Bean Bag | $599.00 | Banksy CND Soldiers Canvas | from $40.00 | Banksy Queen Victoria Canvas | from $40.00 | Kermit the Frog Supreme Canvas | from $40.00 |

ery & Returns



# HOMELESS PENTHOUSE



# BFF Pikachu Toy

$149.00

Add to cart →

Buy with *PayPal*

More payment options

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                                                    Subscribe →



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# Blue Plate Set

$199.00

Add to cart →

Buy with PayPal

More payment options

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →

×



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →

×



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×



Delivery & Returns

☰     **HOMELESS PENTHOUSE**     👤 🔍 🛍



# Brooklyn Doormat

$99.00

<div align="center">Add to cart →</div>



Buy with **PayPal**

More payment options

The Brooklyn Doormat is an essential piece for any art lover's front door.

The mat Soho comes in a black variant with white lettering.
The foam rubber backing will protect your floor and reduce slipping.
Size: 60x60cm (23.62x 23.62 in)
Weight: 400g (14.11lbs)

Share: Facebook Tweet Pinterest

# You may also like

         

| | | | |
|---|---|---|---|
| Javier Calleja Hat Canvas | from $36.00 | Gradient Rug | from $1,088.00 |

Kermit the Frog Supreme White Canvas      from $40.00

Andy Warhol OJ Simpson Canvas      from $36.00

<div align="right">Write a review</div>

Subscribe to our newsletter to receive special offers and first look at new products.

Email address      Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

🐦 📌 📷 ▶ ✉

© 2021, Shophomeless.
All Rights Reserved.



Free Delivery & Returns Free Delivery & Returns Free Delivery & Re

# HOMELESS PENTHOUSE



# Canvas053

$59.00

Size:
○ 8 x 12
○ 16 x 24
○ 20 x 30
○ 24 x 36
○ 32 x 48

Add to cart →

Buy with **PayPal**

More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

• Ready To Hang - Mounting hardware comes attached.

• Leveling Bumpers Included - For wall protection.

• Semi-Gloss Print - Increased vibrancy of artwork.

• Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

• Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share:  Facebook  Tweet  Pinterest



Canvas053

Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE





# Cartoon Wall Light

$399.00

Color:

○ A
○ B
○ C
○ D
○ E
○ F

Add to cart →

Buy with PayPal

More payment options

LED Light
100cm

Share: Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →

×





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →





Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



## Chrome Cartoon Flower Vase

**$1,179.00** ~~$7,080.00~~

Color:
○ Gold
○ Silver
○ Blue

Size:
○ 61CM
○ 160CM

Add to cart →

Buy with **PayPal**

More payment options

- Brand: Homeless Penthouse
- Material: Resin
- Style: cartoon style
- Place of Origin: Mainland China
- Province: Guangdong Province
- Prefectures and cities: Shenzhen
- Applicable space: living room
- Color classification: electroplating
- Packing method: other
- Can be customized: Yes
- Item No.: SZ-BJ021032
- Appearance: cartoon
- Decoration type: desktop decoration

Share: Facebook  Tweet  Pinterest



作品《同伴-电镀捧花》
材质：树脂
颜色：电镀银

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address    Subscribe →

✕



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Fre

☰

# HOMELESS PENTHOUSE



# Chum Framed Prints

$349.00

Add to cart →

Buy with PayPal

More payment options

Set of 3. 20x20

black frame included

Share: Facebook  Tweet  Pinterest

  



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



---

# You may also like

---

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Companion Bearbrick

$99.00

Size:
○ 400%
○ 1000%

| Add to cart → |
|---|

Buy with **PayPal**

More payment options

The iconic bear-shaped figurine by Medicom has a special place in the heart of most toy collectors and features design elements of the legendary Brooklyn character.

Now available in two exclusive 400% grey variant.

Size 400%: 28cm (11inch)  -  Weight: 0.99K (2.2lbs)

Share:  Facebook  Tweet  Pinterest

# You may also like











| Hidden Homer Rug | from $448.00 | Takashi Murakami Small Flowers Canvas | from $36.00 | Banksy Queen Victoria Canvas | from $40.00 | Banksy Flying Copper Canvas | from $40.00 |
|---|---|---|---|---|---|---|---|

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address

Subscribe →

# HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

    

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Fre

# HOMELESS PENTHOUSE





# Companion Dinnerware Set

$149.00

Add to cart →


Buy with PayPal

More payment options

Share: Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                Subscribe →



# You may also like

 



 

| Kermit the Frog Supreme White Canvas | from $40.00 | Banksy Keep it Real Canvas | from $40.00 | George Condo Batman and Bunny Canvas | from $40.00 | Gradient Rug | from $1,088.00 |

Write a review



Subscribe to our newsletter to receive special offers and first look at new products.

Email address                Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

   

Free Delivery & Return

# HOMELESS PENTHOUSE



# Covering KAWS Neon Light

$449.00

Add to cart →

Buy with **PayPal**

More payment options

This custom-made LED neon sign is lit and built to last. The light comes in a pink variant and features the iconic box logo sign in a moody glow.

Make a statement and design the mood of any room with this amazing neon sign sure to create the vibe you've always wanted!

Mounting materials included.

Size: 60x84cm

Share: Facebook  Tweet  Pinterest

## You may also like



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address          Subscribe →

✕

Free Delivery & Returns Free De

☰    **HOMELESS PENTHOUSE**    



# Customized LED Door

**$3,999.00**

Add to cart →

Buy with **PayPal**

More payment options

Fully customizable please message us the size of your door.

Share:  Facebook  Tweet  Pinterest





## Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



## You may also like






Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# DIOR KAWS PLUSH

$299.00

Add to cart →

Buy with **PayPal**

More payment options

Set of two plushes

Share:  Facebook  Tweet  Pinterest



## You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰                                    **HOMELESS PENTHOUSE**                                    👤 🔍 🛍



# Dissected Bearbrick 400%

$179.00

Color:
○ black
○ grey

[ Add to cart → ]

Buy with **PayPal**

More payment options

The iconic bear-shaped figurine by Medicom has a special place in the heart of most toy collectors featuring Donnelley's quirky hybrids familiar in popular culture.

Now available in this exclusive 400% KAWS companion variant.

Size 400%: 28cm (11inch)

Weight: .99K (2.2lbs)

Share: Facebook  Tweet  Pinterest



# You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# Dissected Companion Sculpture (Black)

$3,499.00

Color:
○ brown

Add to cart →

Buy with **PayPal**

More payment options

A remarkable piece featuring KAWS' signature "Companion"; his dissected version with crossed-out eyes, gloved hands, and oversized ears.

This sculpture made sure that you'll have the best companion all throughout the season. Reward yourself with this statue.

Share:  Facebook  Tweet  Pinterest



# You may also like

Returns

# HOMELESS PENTHOUSE





# DISSECTED RUG

**$299.00**

Add to cart →

Buy with **PayPal**

More payment options

120cm x 57 cm

Share:  Facebook  Tweet  Pinterest



# You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free D

# HOMELESS PENTHOUSE



# Face Down Companion

$299.00

Add to cart →

Buy with **PayPal**

More payment options

Share:  Facebook  Tweet  Pinterest



## Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



Free Delivery & Returns F…

# HOMELESS PENTHOUSE



Familar Clown by Unknown

# Familar Clown by Unknown

$59.00

Size:
○ 8 x 12
○ 16 x 24
○ 20 x 30
○ 24 x 36
○ 32 x 48

Add to cart →



More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

• Ready To Hang - Mounting hardware comes attached.

• Leveling Bumpers Included - For wall protection.

• Semi-Gloss Print - Increased vibrancy of artwork.

• Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

• Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share:  Facebook  Tweet  Pinterest

Free Delivery & Returns Free Delivery & Returns Free Delivery & Re



## HOMELESS PENTHOUSE



需定制其他颜色可联系客服

亲子款3号棕色 规格：宽90cm×厚度70cm×高180cm

# Father and Son Brooklyn Sculpture

**$9,999.00**

Add to cart →

Buy with **PayPal**

More payment options

The Father and Son Brooklyn Sculpture is a human-sized contemporary classic that is bound to become the centerpiece of any living area.

Share:  Facebook  Tweet  Pinterest

## You may also like









| Gradient Rug | from $1,088.00 | Takashi Murakami Small Flowers Canvas | from $36.00 | Banksy Dorothy and Police Canvas | from $40.00 | Banksy Flying Copper Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

 

© 2021, Shophomeless.
All Rights Reserved.

   

Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰          **HOMELESS PENTHOUSE**          



# Felix Canvas Print

$59.00

Size:
○ 8 x 8
○ 16 x 16
○ 24 x 24
○ 40 x 40

<div>Add to cart →</div>

Buy with **PayPal**

More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

Ready To Hang - Mounting hardware comes attached.

Leveling Bumpers Included - For wall protection.

Semi-Gloss Print - Increased vibrancy of artwork.

Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share: Facebook  Tweet  Pinterest



Felix Canvas Print

Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Framed Snoopy Prints by XX

$399.00

Add to cart →



More payment options

Includes white frame. 50x70cm

Share:  Facebook  Tweet  Pinterest









# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →





## Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕









✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# You may also like








BRILLO BOX

| Banksy Keep it Real Canvas | from $40.00 | Andy Warhol OJ Simpson Canvas | from $36.00 | A Bathing Ape Pop Art Rug | from $72.00 | BRILLO BOX | $299.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                                    Subscribe →

HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.







ee Delivery & Returns

☰

# HOMELESS PENTHOUSE



# Gang (Sofa), 2019

$4,958.50

<div style="border:1px solid; padding:8px; text-align:center;">Add to cart →</div>

Buy with **PayPal**

More payment options

Out and about!  these lit couch is filled wtih KAWS signature plush toys. It
demonstrates the artist's fascination with the cartoons, especially those inspired by
Mickey Mouse.
Plush Toys size:

37 × 67 × 40 in
94 × 170.2 × 101.6 cm

Share:  Facebook  Tweet  Pinterest

# You may also like









| Banksy Middle Finger Canvas | from $14.00 | Gradient Rug | from $1,088.00 | Banksy Keep it Real Canvas | from $40.00 | Hidden Homer Rug | from $448.00 |

<div style="text-align:center; border:1px solid; display:inline-block; padding:8px;">Write a review</div>

Subscribe to our newsletter to receive special offers and first look at new products.

Email address        Subscribe →

# HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.



     

Free Delivery & Returns Free Delivery & Returns Free Delivery &

# HOMELESS PENTHOUSE





# GRAY BEARBRICK 400% 1000%

$149.00

Size:

○ 400%
○ 1000%

Add to cart →

Buy with **PayPal**

More payment options

Throwback this one all the way to year 2002, the year of its release.

This is an Bearbrick you need to have!

Share:  Facebook  Tweet  Pinterest

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰                              **HOMELESS PENTHOUSE**                          ⚲ 🔍 🛒





Ice Cream Canvas Print

# Ice Cream Canvas Print

$59.00

Size:
○ 8 x 8
○ 16 x 16
○ 24 x 24
○ 40 x 40

Add to cart →

*Buy with* **PayPal**

More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

Ready To Hang - Mounting hardware comes attached.

Leveling Bumpers Included - For wall protection.

Semi-Gloss Print - Increased vibrancy of artwork.

Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share: Facebook  Tweet  Pinterest

Free Delivery & Returns Free Delivery



## HOMELESS PENTHOUSE



# Illuminated Toon Print

$599.00

Color:
○ a
○ b
○ c
○ d

Size:
○ 60cm
○ 70cm
○ 80cm
○ 90cm
○ 100cm

Add to cart →

Buy with **PayPal**

More payment options

Illuminated prints. Museum quality.

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →

✕





KAWS | B款

注：框色需另选，此处仅做展示

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# Invisible Characters

$249.00

Colour:
○ A
○ B
○ C
○ D

Add to cart →

Buy with *PayPal*

More payment options

- Function: Blessing
- Material: crystal
- Style: cartoon style
- Applicable space: living room
- Color classification: A section B section C section D section
- Craft: Purely handmade
- Item No.: YD515
- Appearance: cartoon

Share: Facebook  Tweet  Pinterest



尺寸：长245*宽100*高340MM    材质：树脂

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



尺寸：长140*宽90*高328MM     材质：树脂

尺寸：长120*宽105*高260MM     材质：树脂

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# KAWS 4FT COMPANION

$2,999.00

Color:
- ○ BLACK
- ○ GREY
- ○ BROWN
- ○ BLUSH

Add to cart →

Buy with PayPal

More payment options

KAWS 4FT COMPANION FIGURES are now available in four colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm



Share: Facebook  Tweet  Pinterest

KAWS 4FT COMPANION

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# KAWS 4FT OPEN FLAYED DISSECTED COMPANION

$3,499.00

Color:
○ BLACK DISSECTED
○ GREY DISSECTED
○ BROWN DISSECTED
○ BLUSH DISSECTED

Add to cart →

Buy with *PayPal*

More payment options

KAWS 4FT OPEN FLAYED DISSECTED COMPANION are now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

Share: Facebook  Tweet  Pinterest





✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address _____     Subscribe →





×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                           Subscribe →







## Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →







Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰     HOMELESS PENTHOUSE     👤 🔍 🛍



# KAWS 4FT PASSING THROUGH

$3,999.00

Color:
○ BLACK
○ GREY
○ BROWN

Add to cart →

Buy with **PayPal**

More payment options

KAWS 4FT PASSING THROUGH are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 47 1/5 × 28 × 25 3/5 in
- 120 × 71 × 65 cm

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



# You may also like









| Takashi Murakami Small Flowers Canvas | from $36.00 | Alex Face Trinity Cat Canvas | from $36.00 | Banksy Umbrella Girl Canvas | from $40.00 | A Bathing Ape X Kaws Rug | from $72.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery



© 2021, Shophomeless.
All Rights Reserved.

     

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS 4FT STORMTROOPER STARWARS

## $3,499.00

Color:

○ STORMTROOPER

Add to cart →

Buy with **PayPal**

More payment options

KAWS 4FT STORMTROOPER STARWARS is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

Share: Facebook  Tweet  Pinterest

# You may also like




Banksy CND Soldiers Canvas        from $40.00



Banksy Keep it Real Canvas        from $40.00




Banksy Middle Finger Canvas       from $14.00



Banksy Choose your Weapon Gray Canvas        from $40.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.        Email address        Subscribe →

# HOMELESS PENTHOUSE



About Us
Contact
Search
Design Services
Shipping & Delivery

 

© 2021, Shophomeless.
All Rights Reserved.

    

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS 6FT DIOR BFF FIGURE

$3,499.00

Style:
○ DIOR BFF

Add to cart →

Buy with **PayPal**

More payment options

KAWS 4FT DIOR BFF FIGURE is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 72 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

We can also custom 6FT KAWS for you. (1.8m tall)

Do note that this is a fully-custom made to order item which requires 5-7 days of production.

Share: Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                                    Subscribe →



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE







# KAWS ALONG THE WAY FIGURES

## $159.00

Colour:
○ GREY
○ NATURAL
○ BLACK

| Add to cart → |

Buy with **PayPal**

More payment options

Along the Way debuted in 2019, presenting a new pose for KAWS's signature Companion characters. The design features two of his iconic skull-and-bones creatures leaning on one another for support, hands heavy, and eyes cast downward.

KAWS ALONG THE WAY FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 28cm (11 inches)

Share: Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →     ✕



# You may also like

   

| Alex Face Trinity Cat Canvas | from $36.00 | Javier Calleja Hat Canvas | from $36.00 | Yoshitomo Nara Cosmic Girl Eyes Closed Canvas | from $36.00 | Monster Bean Bag | $599.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

     

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE





# KAWS ANATOMY RUG

**$79.00**

Size:
○ 100x50cm
○ 200x100cm

Color:
○ WOOD
○ RED
○ MONOCHROME
○ BLACKOUT

Add to cart →

Buy with *PayPal*

More payment options

The KAWS anatomy series.

KAWS ANATOMY RUG is now available in two sizes, giving you the chance to showcase everyday objects in streetwear art. Perfect for styling it up with the KAWS pillow or figurines.

- Polyester suede material
- 100 cm x 50 cm
- 200 cm x 100 cm



Share: Facebook  Tweet  Pinterest

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# KAWS BEARBRICK - 400%

$149.00

Size:
◦ 400%

Add to cart →

Buy with **PayPal**

More payment options

Share:  Facebook  Tweet  Pinterest



# You may also like



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free D

# HOMELESS PENTHOUSE



# KAWS BEARBRICK DISSECTED 400%

**$279.00**

Style:
○ BLACK
○ BROWN
○ GREY

Add to cart →

Buy with **PayPal**

More payment options

For when you like KAWS but you gotta stay true to yourself as a Bearbrick Collector.

Now this time, you can get both in this single collectable, you definitely need to cop.

KAWS BEARBRICK DISSECTED  400%  is now available:

- Material: PVC Vinyl
- 28cm (400%)

Share:  Facebook   Tweet   Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





## You may also like






ery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# KAWS BFF COMPANION PLUSHIES

## $129.00

Color:
○ PINK
○ BLUE
○ BLACK
○ FULL SET

Add to cart →

Buy with **PayPal**

More payment options

Need a BFF by your side? Well, lucky you.

KAWS BFF PLUSHIES are now available in three colourways. This exclusive collectible is a must-have if you're a true streetwear connoisseur.

if you know, you know

- 18"
- Comes with KAWS BFF box

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →





# You may also like






& Returns Free Delivery & Returns

# HOMELESS PENTHOUSE





# KAWS BUNNY PLUSHIES

**$89.00**

Color:
○ BLACK
○ PINK

Add to cart →

Buy with *PayPal*

More payment options

Perfect gift for your loved ones, or even for yourself to cuddle on the cold nights (you know what i'm talking about)

KAWS BUNNY PLUSHIES are now available in black and pink colorways.

- 16" (40cm)
- Comes with KAWS Companion box

Share: Facebook   Tweet   Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address _____　Subscribe →

✕





# You may also like



Alex Face Trinity Cat Canvas　　from $36.00



Banksy Happy Chopper Canvas　　from $40.00



Banksy Dorothy and Police Canvas　　from $40.00



Banksy Umbrella Girl Canvas　　from $40.00

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE





# Kaws Coin Bank

$199.00

Color:
○ Red
○ Yellow
○ Pink
○ Blue

Add to cart →

Buy it now →

Available in Blue, Red, Yellow and Pink.

Share:  Facebook  Tweet  Pinterest



Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS COMPANION FIGURES

$99.00

Style:
○ GREY
○ BROWN
○ BLACK
○ BLUSH RED
○ GLOW IN THE DARK

Add to cart →

Buy with **PayPal**

More payment options

You already know what it is, introducing the CLASSIC KAWS COMPANION FIGURES.

KAWS COMPANION FIGURES are now available in five different colorways, giving you the chance to add all of these into your KAWS collection.

- Material: PVC Vinyl
- 40cm (16 inches)

Don't sleep.

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →









Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS COMPANION FLAYED OPEN EDITION FIGURES

## $129.00

Style:
○ GREY
○ OG
○ BLACK
○ BLUSH RED

Add to cart →

Buy with **PayPal**

More payment options

After so much hype , KAWS released a full series of 4 different companions that included flayed versions of the classic KAWS companion figures.

KAWS COMPANION FLAYED OPEN EDITION FIGURES are now available in four colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 38cm (15 inches)

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# You may also like









| | | | |
|---|---|---|---|
| Javier Calleja Hat Canvas | Banksy CND Soldiers Canvas | Andy Warhol OJ Simpson Canvas | Astro Boy Doomed Canvas |
| from $36.00 | from $40.00 | from $36.00 | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                                    Subscribe →

**HOMELESS PENTHOUSE**

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Fre

# HOMELESS PENTHOUSE





# KAWS COMPANION RESTING FIGURES

$119.00

Style:
○ BLACKOUT
○ NATURAL
○ GREY

Add to cart →

Buy with *PayPal*

More payment options

KAWS COMPANION (RESTING PLACE) FIGURES are now available
in three colorways, giving you the chance to add all of these into your KAWS collection.

- Material: PVC Vinyl
- 40cm (16 inches)

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →

✕







## Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                          Subscribe →

×





# You may also like









Astro Boy Doomed Canvas          from $40.00

Takashi Murakami Small          from $36.00
Flowers Canvas

Gradient Rug                    from $1,088.00

Hidden Homer Rug                from $448.00

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & R

# HOMELESS PENTHOUSE



# KAWS GONE FIGURES

**$249.00**

Colour:
○ GREY
○ BLACK
○ NATURAL

Add to cart →

Buy with **PayPal**

More payment options

HOW ABOUT 2-IN-ONE?

The KAWS GONE FIGURE features KAWS's most popular character, the companion, carrying what appears to be a lifeless version of one of his other popular characters, the BFF.

KAWS GONE FIGURES are now available in three colorways, giving you the chance to mix the traditional Companion and BFF colorways to create a Black Companion carrying a Black BFF, a Grey Companion carrying a Pink BFF, and a Brown Companion carrying a Blue BFF.

While the two have been seen together in plush form, this is the first of KAWS's vinyl collectibles to feature both characters in one.

- Material: PVC Vinyl
- 36cm (14 inches)

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×





# You may also like









| | | | |
|---|---|---|---|
| Damien Hirst Dots Canvas — from $40.00 | Kermit the Frog Supreme White Canvas — from $40.00 | Takashi Murakami Big Flowers Canvas — from $36.00 | Takashi Murakami Small Flowers Canvas — from $36.00 |

y & Returns Free Delivery & Returns

☰          **HOMELESS PENTHOUSE**          ⚇ ⚲ 🛍



# kaws large ornaments Sesame Street creative glass steel sculpture custom doll living room net red violent bear floor decoration

**$50.00**

Colour:

○ 芝麻街彩绘站款1
○ 芝麻街彩绘站款2
○ 芝麻街彩绘站款3
○ 芝麻街彩绘坐款1
○ 芝麻街彩绘坐款2
○ 芝麻街蓝色站款
○ 芝麻街粉色站款
○ 芝麻街蓝色坐款
○ 芝麻街粉色坐款
○ kaws坐款1米35
○ kaws坐款90公分
○ kaws坐款65公分
○ kaws站款1米6
○ kaws站款1米3
○ kaws彩绘兔1米8
○ kaws粉色兔1米8
○ 网红暴力熊
○ 潮流暴力熊
○ 时尚暴力熊
○ kaws电镀金
○ kaws白兵
○ kaws阿童木
○ 芝麻街多彩1米3
○ 来图定制



| Add to cart → |
|:---:|

Buy with **PayPal**

More payment options

- Brand: BMB
- Function: Fortune
- Material: FRP
- Style: modern style
- Place of Origin: Mainland China
- Province: Guangdong Province
- Prefectures and cities: Shenzhen
- Applicable space: office clothing store model room
- Color Classification: Sesame Street Painted Station Style 1 Sesame Street Painted Station Style 2 Sesame Street Painted Station Style 3 Sesame Street Painted Station Style 1 Sesame Street Painted Sitting Style 2 Sesame Street Blue Station Style Sesame Street Pink Station Style Sesame Street Blue Sitting Style Sesame Street pink sitting model kaws sitting model 1 meter 35 kaws sitting model 90 cm kaws sitting model 65 cm kaws standing model 1.6 meter 6 kaws standing model 1 meter 3 kaws painted rabbit 1 meter 8 kaws pink rabbit 1 meter 8 net celebrity violent bear trend Violent bear fashion Violent bear kaws electroplating gold kaws white soldier kaws Astro Boy Sesame Street colorful 1.3 meters to customize
- Packing method: other
- Craft: semi-manual
- Can be customized: Yes
- Item No.: M11098
- Applicable scene: daily gift
- Applicable objects: other
- Appearance: characters
- Decoration type: floor decoration
- Applicable people: post-90s

Share: Facebook  Tweet  Pinterest



✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

×







（需要其他颜色 款式可联系客服定制）

可选尺寸（80*45*200)+(62*35*130)



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



可选尺寸（75*80*135）＋（64*50*90）＋（47*37*65）

# You may also like












Banksy Very Little Helps Canvas          from $40.00

A Bathing Ape X Kaws Rug          from $72.00

Banksy Girl with Balloon Canvas          from $40.00

Kermit the Frog Supreme White Canvas          from $40.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.          Email address          Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.

     

Free Delivery & Returns Free Delivery & R

# HOMELESS PENTHOUSE



## KAWS Minjun Toy

$149.00

Add to cart →

Buy with **PayPal**

More payment options

Share:  Facebook   Tweet   Pinterest



# You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# KAWS NGV SNOOPY JIGSAW PUZZLE

**$99.00**

Style:

◇ 1000 PIECES

<div style="border:1px solid #000; text-align:center">Add to cart →</div>

Buy with **PayPal**

More payment options

Perfect for a gift, or you could even frame it up after fixing all the pieces.

KAWS NGV SNOOPY JIGSAW PUZZLE is now available.

- 1000 pieces jigsaw puzzle



Share:  Facebook  Tweet  Pinterest

# You may also like











| | | | |
|---|---|---|---|
| Bape Nigoldeneye Soup Canvas | Yoshitomo Nara Cosmic Girl Eyes Closed Canvas | Banksy Girl with Balloon Canvas | Banksy Queen Victoria Canvas |
| from $40.00 | from $36.00 | from $40.00 | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address    Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# KAWS Pinocchio

$179.00

Add to cart →

Buy with **PayPal**

More payment options

Share: Facebook  Tweet  Pinterest

# You may also like






| | | | |
|---|---|---|---|
| Banksy Choose your Weapon Gray Canvas   from $40.00 | Acid Trip Rug   from $348.00 | A Bathing Ape X Kaws Rug   from $72.00 | Yoshitomo Nara Cosmic Girl Eyes Closed Canvas   from $36.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.



Free Deliv

☰                    **HOMELESS PENTHOUSE**                  ⊙ ⚲ ⛿



# KAWS Rectangle Rug

**$72.00**

Size:
○ 20x32
○ 30x45
○ 35x63
○ 63x84
○ 79x118

Add to cart →

Buy with **PayPal**

More payment options

Custom floor coverings can transform any space to make it your own. Our custom area rugs have a beautiful texture that lends to any creative expression you'd like to create for a room, large or small!

- Durable Textured Face
- Textured non-skid back
- Edge-to-edge sublimation printing in vibrant full color on face

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →





✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address          Subscribe →





# You may also like









| Brillo Box Relic | $349.00 | Banksy Keep it Real Canvas | from $40.00 | Banksy CND Soldiers Canvas | from $40.00 | Takashi Murakami Small Flowers Canvas | from $36.00 |

Free Delivery & Returns Free Delivery & Returns Free Delivery & F

## HOMELESS PENTHOUSE





# KAWS SEEING LAMP FIGURES

$299.00

Colour:
○ BLUE
○ PINK

Add to cart →

Buy with **PayPal**

More payment options

KAWS SEEING LAMP FIGURES features a KAWS BFF figurine produced from alloy and ceramics. The statue's eyes contain LED lights, giving the "BFF" its light-up function.

"SEEING" measures 37cm tall, and comes sitting on a 17.8cm white pedestal.

KAWS SEEING LAMP FIGURES are now available in two colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 14.6 x 6.9 x 7.3 in. (37.1 x 17.5 x 18.5 cm.)

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                               Subscribe →



# You may also like









| | | | |
|---|---|---|---|
| Acid Trip Rug | Kermit the Frog Supreme White Canvas | Banksy CND Soldiers Canvas | Banksy Queen Victoria Canvas |
| from $348.00 | from $40.00 | from $40.00 | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                               Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.

     

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery

# HOMELESS PENTHOUSE



# KAWS SHARE FIGURES

$149.00

Colour:
○ NATURAL
○ GREY
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

The KAWS SHARE FIGURE features the unmissable Companion character holding a miniature BFF on his left hand. Apart from the black variant, the other editions feature contrasting colors of the BFF subject in blue for the brown edition and pink for the grey option.

KAWS SHARE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 30cm (12 inches)

Share: Facebook Tweet Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE





# KAWS Sorayama Figure

$499.00

Add to cart →

Buy with PayPal

More payment options

20x14x35cm

Share: Facebook  Tweet  Pinterest



# You may also like

Fr

## HOMELESS PENTHOUSE



# KAWS SPACEMAN FIGURES

**$249.00**

Colour:
○ SILVER
○ GOLD
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

THE MOST HYPED ANTICIPATED COLLECTIBLE OF 2020.

Marking COMPANION's 20th anniversary, the iconic and one and only COMPANION dons an astronaut suit and takes a sounding balloon 41.5 kilometres up into the Stratosphere.

KAWS SPACEMAN FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Polyurethane
- 30cm (11.5 inches)

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address          Subscribe →



Free Deli

## HOMELESS PENTHOUSE



# KAWS STAR WARS BOBA FETT FIGURE

**$199.00**

Style:
○ BOBA FETT

<div>Add to cart →</div>

Buy with **PayPal**

More payment options

May the force be with you...or not.

But eitherway, you still can have KAWS.

KAWS: STARWARS BOBA FETT FIGURES are now available, giving you the chance to add this highly coveted piece into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.5 inches)

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



---

# You may also like

---

Free Delivery & Returns Free Delivery & Retun



# HOMELESS PENTHOUSE







# KAWS STAR WARS DARTH VADAR FIGURE

$189.00

Style:
○ DARTH VADAR

Add to cart →

Buy with *PayPal*

More payment options

Luke....I am your father.

KAWS: STARWARS DARTH VADAR FIGURES are now available, giving you the chance to add this highly coveted piece into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.5 inches)

Share:  Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



# You may also like

| George Condo Batman and Bunny Canvas | from $40.00 | Kermit the Frog Supreme Canvas | from $40.00 | Banksy Flying Copper Canvas | from $40.00 | Banksy Girl with Balloon Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

 

© 2021, Shophomeless.
All Rights Reserved.

     

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery

## HOMELESS PENTHOUSE



# KAWS TAKE FIGURES

$149.00

Colour:
○ BLUE
○ BLACK
○ PINK

Add to cart →

Buy with *PayPal*

More payment options

The KAWS TAKE FIGURES features a BFF holding a Companion which is the total inverse of the KAWS Share Figure which shows the Companion holding the BFF instead.

KAWS TAKE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 33cm (13 inches)

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →

✕





# You may also like






Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰          **HOMELESS PENTHOUSE**          ⌂ ⌕ ⛶



# KAWS TOGETHER FIGURES

### $159.00

Colour:
○ GREY
○ BLACK
○ NATURAL

| Add to cart → |

Buy with **PayPal**

More payment options

The KAWS TOGETHER FIGURE features the iconic KAWS "Companions" interlocked in a permanent hug.

KAWS TOGETHER FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 30cm (12 inches)

Share: Facebook Tweet Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





# You may also like






Free Delivery & Returns Free Delivery &

HOMELESS PENTHOUSE



# Kaws Wall Art Set

$499.00

size:
- A set of 3 (rounded inverted trapezoid 56*76+40*30+40*50) + 10 inch wall clock (25.4cm)

Frame type:
- Light luxury gold (aluminum frame)
- Style black (aluminum frame)

Colour:
- Free and easy A
- Free and easy B
- Free and easy C

Add to cart →

Buy with **PayPal**

More payment options

Brand Name: **Not Continued**
*Product parameters:*
- Brand: Uncontinued
- Pattern: Cartoon anime
- Style: simple and modern
- Place of Origin: Mainland China
- Province: Guangdong Province
- Prefectures and cities: Huizhou
- Size: A set of 3 (rounded inverted trapezoid 56*76+40*30+40*50) + 10-inch wall clock (25.4cm)
- Frame type: Light luxury gold (aluminum frame), black style (aluminum frame)
- Color classification: free and easy A free and easy B free and easy C
- Process: inkjet
- 组合形式: 19亿级艺术微喷【纯棉油画布+金属画框+有机玻璃】 19亿级艺术微喷【纯棉油画布+金属画框】
- 货号: BWWX-20210430-561
- 装裱方式: 有框
- 外框材质: 金属
- 图片形式: 平面
- 幅数: 三联以上
- 画芯材质: 油画布

Share: Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



## KAWS WHAT PARTY

$179.00

Color:
○ BLK
○ WHT
○ RED

Add to cart →

Buy with **PayPal**

More payment options

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×



---

# You may also like

Free Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS X DIOR BFF FIGURE

**$159.00**

Style:
○ DIOR BFF

<div>Add to cart →</div>

Buy with **PayPal**

More payment options

One of the most highly coveted figures in the streetwear world of home decor.

Fully suited up in a DIOR suit, this pink vinyl figure

KAWS X DIOR BFF FIGURE is now available, giving you the chance to add this exclusive collaboration piece into your KAWS collection.

- Material: PVC Vinyl
- 15" (38cm)



Share:  Facebook  Tweet  Pinterest



✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →



# You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE





# KAWS X LANE CRAWFORD "CLEAN SLATE" PLUSH

$99.00

Add to cart →

Buy with **PayPal**

More payment options

An exclusive SHANGHAI release, KAWS "CLEAN SLATE" PLUSH is now available. Perfect for cuddling or a gift to your loved ones.

- ONE SIZE (16")
- Comes with COMPANION KAWS box



Share:  Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



---

# You may also like

---

# HOMELESS PENTHOUSE







# KAWS X SESAME STREET PLUSHIES

**$59.00**

Style:
○ ELMO
○ BIG BIRD
○ COOKIE MONSTER
○ BERT
○ ERNIE
○ FULL SET

Add to cart →

Buy with **PayPal**

More payment options

You a true 90's kid if your favourite show was sesame street back in the day. Well, it's time to relive that and bring back some good ol' memories.

Introducing, the KAWS x SESAME STREET PLUSH collection, now available. Even better, the collectibles could be copped as a set in a special branded box or purchased individually, with Big Bird, Elmo, Cookie Monster, Bert, and Ernie all available with KAWS' signature button eyes.

- 18 - 20" (45 - 54 cm) depending on the individual plush



Share: Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×









# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →









# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →

✕

# You may also like

| | | | |
|---|---|---|---|
| Kermit the Frog Supreme Canvas | from $40.00 | Hidden Homer Rug | from $448.00 |
| Brillo Box Relic | $349.00 | Banksy Choose your Weapon Gray Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                              Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Del

# HOMELESS PENTHOUSE





# KAWS X SNOOPY PLUSHIES

$99.00

Color:
○ WHITE
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

KAWS X SNOOPY PLUSHIES are now available in two colorway, giving you the chance to style up your room with a little streetwear decor.

- 20" (50cm)
- Comes as a set, (both sizes)



Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





## You may also like



# HOMELESS PENTHOUSE



# KAWS: BFF COMPANION FIGURES

**$149.00**

Color:

○ PINK
○ BLUE
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

One of the most highly coveted figures in the streetwear world of home decor.

KAWS BFF FIGURES are now available in pink, blue and black colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 33cm (12.9 inches)

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                      Subscribe →

✕







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×



# You may also like

| | | | |
|---|---|---|---|
| Banksy Girl with Balloon Canvas | from $40.00 | Astro Boy Doomed Canvas | from $40.00 |
| Hidden Homer Rug | from $448.00 | Gradient Rug | from $1,088.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

& Returns Free Delivery & Returns

☰

# HOMELESS PENTHOUSE



# KAWS: PASSING THROUGH FIGURES

**$159.00**

Style:
○ GREY
○ BROWN
○ BLACK

Add to cart →

Buy with *PayPal*

More payment options

In *Passing Through*, KAWS's signature "Companion" sits down and covers its eyes in embarrassment.  *Passing Through* acts as a self-portrait of KAWS, as he grapples with worldwide fame.
One of the most highly coveted figures in the streetwear world of home decor.
KAWS:PASSING THROUGH FIGURES are now available in black, grey and brown colorways, giving you the chance to add this one into your KAWS collection.
- Material: PVC Vinyl
- 28cm (11 inches)
- Comes with box packaging

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                      Subscribe →





# You may also like






Free Delivery & Returns Free Delivery &

# HOMELESS PENTHOUSE



# KAWS: STAR WARS STORMTROOPERS FIGURES

**$149.00**

Style:
○ WHITE STORMTROOPER
○ BLACK STORMTROOPER

Add to cart →

Buy with **PayPal**

More payment options

May the force be with you..or not.

But eitheray, you still can have KAWS.

KAWS: STARWARS STORMTROOPERS FIGURES are now available in two colorways, giving you the chance to add these into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.2 inches)

Share: Facebook Tweet Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address    Subscribe →

✕



# You may also like

| Monster Bean Bag | $599.00 | Bape Nigoldeneye Soup Canvas | from $40.00 | George Condo Batman and Bunny Canvas | from $40.00 | Banksy Queen Victoria Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE





# KAWS:HOLIDAY PLUSHIES

**$99.00**

Color:
○ WHITE
○ BROWN
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

As part of KAWS:HOLIDAY art piece, KAWS released a commemorative plush set exclusively for KAWS fans.

The plush set features three 20" *KAWS Companion* stuffed dolls done in the artist's signature black, white and brown color schemes. Additionally, the plushes feature bendable appendages which offer an array of pose options.

KAWS:HOLIDAY PLUSHIES are now available in three colorway, giving you the chance to style up with a little streetwear decor.

- 20" (50cm)
- Comes with COMPANION KAWS box



Share:  Facebook  Tweet  Pinterest




×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →





# You may also like









ns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Kermit Plush Toy

**$89.00**

Colour:
○ Money symbol eye frog
○ X eye frog

Add to cart →

Buy with **PayPal**

More payment options



0:00 / 0:56



- Brand: Dodo pig
- Applicable age: 2 years old, 3 years old, 4 years old, 5 years old, 6 years old, 7 years old, 8 years old, 9 years old, 10 years old, 11 years old, 12 years old, 13 years old, 14 years old and over 14 years old
- material: plush
- Applicable gender: neutral
- Toy type: doll
- Color classification: black round eye frog red love eye frog money symbol eye frog X eye frog
- Filling: PP cotton
- Height: 40 cm (collection plus purchase to send eye mask)
- Is there a shopping guide video: Yes
- Doll type: frog

Share:  Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



Free Deliv



## HOMELESS PENTHOUSE

# Las Vegas Rug

$373.50

Add to cart →

Buy with PayPal

More payment options

Share: Facebook  Tweet  Pinterest

# You may also like









Banksy Keep it Real Canvas     from $40.00

A Bathing Ape Pop Art Rug     from $72.00

Acid Trip Rug     from $348.00

Banksy Flying Copper Canvas     from $40.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address

Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.



Free Delivery & Returns Free Delivery & Returns Free Delive

## HOMELESS PENTHOUSE



# Milo Rug

$179.00

Add to cart →

Buy with PayPal

More payment options

3 x 5

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                   Subscribe →



**HOMELESS PENTHOUSE**



# Monkey Dudes Canvas From Nigolden Eye

**$59.00**

Size:
- 8 x 12
- 16 x 24
- 20 x 30
- 24 x 36
- 32 x 48

Add to cart →

Buy with **PayPal**

More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3⁄4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

• Ready To Hang - Mounting hardware comes attached.

• Leveling Bumpers Included - For wall protection.

• Semi-Gloss Print - Increased vibrancy of artwork.

• Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

• Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share:  Facebook  Tweet  Pinterest



Monkey Dudes Canvas From Nigolden Eye

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY

**$59.00**

Color:
○ WHITE
○ RED
○ BLACK

Add to cart →

Buy with *PayPal*

More payment options

Hooking up with Gallery 1950, Original Fake has released their collabo ashtrays in a solid black, white or red ceramic finish.

Even though they have a specific purpose, the pieces can definitely be used for decorating the crib or if you decide that smoking is cool while the items are en route to your home.

KAWS CERAMIC ASHTRAY now available.

- 16cm x 4cm







ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE





# Outdoor Clock Paintings

## $259.00

size:
○ 50*80 (pointer 12 inches)
○ 60*100 (pointer 14 inches)

Frame type:
○ Light luxury gold (aluminum frame)
○ Style black (aluminum frame)

Colour:
○ LV bear A+ clock
○ LV bear B+ clock

[ Add to cart → ]

Buy with 

More payment options

Brand Name: HOMELESS PENTHOUSE
*Product parameters:*
- Brand: HP
- Pattern: Cartoon anime
- Style: simple and modern
- Place of Origin: Mainland China
- Province: Guangdong Province
- Prefectures and cities: Shenzhen
- Size: 50*80 (pointer 12 inches) 60*100 (pointer 14 inches)
- Frame type: Light luxury gold (aluminum frame), black style (aluminum frame)
- Color classification: LV bear A+ clock, LV bear B+ clock, LV bear C+ clock, LV bear D+ clock, LV bear E+ clock, LV bear F+ clock
- Process: inkjet
- Combination form: 1.9 billion art micro-spray [oil canvas + metal frame]
- Item No.: BWWX-20210629-1
- Mounting method: framed
- Frame material: metal
- Picture format: plane
- Number of frames: single frame
- Painting core material: canvas

Share: Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



---

# You may also like





Christian Throw Pillow



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# Root of Evil Framed Prints

$99.00

Size:
○ S (30*30cm)
○ L(50*50cm)

Print:
○ a
○ b
○ c
○ d
○ e
○ f
○ g
○ h

Add to cart →

Buy with PayPal

More payment options

Framed Prints

Share: Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕



OMJA



OMJB



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕



OMJC



OMJD



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



OMJG

OMJH

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address          Subscribe →

×



OMJI



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

×





# You may also like






Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# Root of Evil Prints

**$97.00**

Size:
○ S (30*30cm)
○ L(50*50cm)

Print:
○ a
○ b
○ c
○ d
○ e
○ f
○ g
○ h

Add to cart →

Buy with **PayPal**

More payment options

Framed Prints

Share:  Facebook   Tweet   Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕



OMJA



OMJB



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

×



OMJC



OMJD



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →

✕



OMJG

OMJH

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address          Subscribe →

×



OMJI



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×





# You may also like









& Returns



# HOMELESS PENTHOUSE



芝麻街坐姿0.7米蓝色  规格：宽38cm×进深33cm×高70cm
凳子规格：长52cm×宽29cm×高27cm 需要多买凳子联系客服订购

# Seeing Sculpture

### $4,500.00

Add to cart →

Buy with *PayPal*

More payment options

The Fuzzy Kaws Sculpture is a human-sized piece that screams for attention. Add it to your collection now.

Share:  Facebook  Tweet  Pinterest

# You may also like











| Banksy CND Soldiers Canvas | from $40.00 | Takashi Murakami Small Flowers Canvas | from $36.00 | Banksy Flying Copper Canvas | from $40.00 | Christian Throw Pillow | $223.50 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address     Subscribe →

# HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

 

© 2021, Shophomeless.
All Rights Reserved.

    

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Set of Four Chopsticks

$59.00

Add to cart →

Buy with **PayPal**

More payment options

Stay classy and simple with this shaped pairs of equal-length sticks that have been used as kitchen and eating utensils in most of East Asia for over three millennia.

Featuring KAWS' signature XX eyes embedded on top of the utensil. Save the use of disposable chopsticks and buy this for a long lasting use.

Share:  Facebook  Tweet  Pinterest

# You may also like









| BRILLO BOX | $299.00 | Alex Face Trinity Cat Canvas | from $36.00 | Monster Bean Bag | $599.00 | Takashi Murakami Small Flowers Canvas | from $36.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# Snoop Kawaii Plush Toy

$49.00

color:

○ white
○ black

| Add to cart → |
|---|

Buy with **PayPal**

More payment options

Snoop Kawaii Plush Toy

white & black

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



# You may also like









| Hidden Homer Rug | from $448.00 | Takashi Murakami Big Flowers Canvas | from $36.00 | Banksy Flying Copper Canvas | from $40.00 | Sexy Robot Mat | $128.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

 

© 2021, Shophomeless.
All Rights Reserved.

     

very & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# Space Holiday Sculpture

$4,890.00

Color:
○ Gold
○ Silver
○ Black

Add to cart →

Buy with **PayPal**

More payment options

Share: Facebook Tweet Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



ry & Returns Free Delivery & Returns

☰

# HOMELESS PENTHOUSE






## SpongeBob (Set of three prints, framed), 2010

**$449.00**

Add to cart →

Buy with **PayPal**

More payment options

3 Prints

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                   Subscribe →

×





# You may also like









Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & F

## HOMELESS PENTHOUSE



# Tension Bearbrick 1000%

$1,490.00

Add to cart →



More payment options

1000%

Share:  Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



## Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





# You may also like









| Banksy Happy Chopper Canvas | from $40.00 |
| A Bathing Ape Pop Art Rug | from $72.00 |
| Kermit the Frog Supreme Canvas | from $40.00 |
| Banksy Very Little Helps Canvas | from $40.00 |

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Tension Framed Print Set

$1,499.00

Add to cart →

Buy with **PayPal**

More payment options

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



---

# You may also like

Free Delivery & Returns Free Delivery & Returns Fre

# HOMELESS PENTHOUSE



## Tension Framed Set

$1,999.00

Add to cart →

Buy with 

More payment options

Share: Facebook  Tweet  Pinterest



✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



# You may also like











| | |
|---|---|
| Kermit the Frog Supreme Canvas | from $40.00 |
| BRILLO BOX | $299.00 |
| Javier Calleja Hat Canvas | from $36.00 |
| Kermit the Frog Supreme White Canvas | from $40.00 |

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# What Party Rug

**$373.50**

| Add to cart → |
|---|

Buy with **PayPal**

More payment options

The Rug features an iconic graphic by the legendary NYC artist with amazing detailing and even better quality. The rectangle-shaped rug is as fly as it looks.

Color: Black

Size: 150x100cm

Share:  Facebook  Tweet  Pinterest

# You may also like









| Javier Calleja Hat Canvas | from $36.00 |
|---|---|
| George Condo Batman and Bunny Canvas | from $40.00 |
| Damien Hirst Dots Canvas | from $40.00 |
| Banksy Keep it Real Canvas | from $40.00 |

| Write a review |
|---|

Subscribe to our newsletter to receive special offers and first look at new products.

Email address        Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

    

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰                              **HOMELESS PENTHOUSE**                    



# What Party Sculpture

## $4,499.00

Color:
○ White

| Add to cart → |
|---|

Buy with **PayPal**

More payment options

A remarkable piece featuring KAWS' signature "Companion"; his What Party
version with crossed-out eyes, gloved hands, fluffy figure and oversized ears.

This sculpture made sure that you'll have the best companion all throughout the season.
Reward yourself with this statue.

Share:  Facebook  Tweet  Pinterest

# You may also like







| Happy Flower Basketball | $199.00 | George Condo Batman and Bunny Canvas | from $40.00 | Kermit the Frog Supreme Canvas | from $40.00 | Bape Nigoldeneye Soup Canvas | from $40.00 |
|---|---|---|---|---|---|---|---|

| Write a review |
|---|

Subscribe to our newsletter to receive special offers and first look at new products.        Email address        Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

 

© 2021, Shophomeless.
All Rights Reserved.

   

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Deliv

☰                    **HOMELESS PENTHOUSE**                    



# White Trooper Rug

### $199.00

Size:
○ S (60x120cm)
○ M (100x200cm)

Add to cart →

Buy with PayPal

More payment options

The White Brooklyn Trooper Rug is an epic crossover between street art and space wars.

The Brooklyn Trooper-shaped rug comes in a white variant with black detailing.

Don't miss out.

Size:

S - 23.62 x 47.24 in (60x120cm)

M - 39.37 x 78.74 in (100x200cm)

Share:  Facebook  Tweet  Pinterest



# You may also like