# Exhibit 7

# Exhibit 7

Incognito.net

Messages

New Arrivals

Louis Vuitton

Chanel

Archive

New Arrivals



**KAWS Holiday Float**

$229.00

Add to cart



**Brown Carryon Luggage**

$989.00

Add to cart



**KAWS Dissected Companion**

$249.90

Add to cart



**KAWS Clean Slate**

$373.50

Add to cart



**KAWS Take**

$199.00

Add to cart



**KAWS Small Lie**

$149.00

Add to cart



**KAWS Companion Passing Through**

$223.50

Add to cart



**KAWS Share Companion**

$349.00

Add to cart



**BFF Plush Set**

$299.00

Add to cart



**KAWS Resting Place**

$199.00

Add to cart



**KAWS Clean State**

$373.50

Add to cart







**Brown Soccer Ball**

$299.00

Add to cart



**KAWS Sitting Companion**

$199.00

Add to cart



**KAWS Darth Vader**

$298.50

Add to cart



**KAWS Companion Bearbrick**

$99.00

Lt. Gray ⌄

Add to cart

**KAWS Holiday Companion**

$149.00

Add to cart



**KAWS Holiday Plush**

$73.50

Add to cart



**KAWS Holiday Mt. Fuji**

$223.50

Add to cart



**KAWS Companion**

$149.00

Add to cart



**KAWS Stormtrooper**

$149.00

Add to cart



**BFF Passing By Toy**

$349.00

Add to cart



**KAWS BFF**

$199.00

black ⌄

Add to cart



**KAWS Along The Way**

$299.00

Add to cart



**Gothic Cross Pillow**

$148.50

Add to cart



**Lane Crawford Pillow**

$148.50

Add to cart



**Brown Throw Blanket**

$448.50

Add to cart



**KAWS Final Days**

$3,499.00

Add to cart



**Las Vegas Rug**

$373.50

Add to cart





**Cartoon Rug**

$198.50

Add to cart



**Spiderweb Check-in Luggage**

$599.00

Add to cart



**Pink Neon Sign**

$748.50

Add to cart



**Luxury Neon Sign**

$523.50

Add to cart



French Clock By D Arsham

$523.50

Add to cart



**Speedy Bag Vase**

$448.50

Add to cart



**Leather Volleyball**

$199.00

Add to cart



**Performance Tennis Racket**

$373.50

Add to cart



**Black Jump Rope**

$149.00



**Leather Football**

$298.50

Add to cart



**Multicolor Hard Breifcase**

$688.50

Add to cart



**White Skateboard**

$249.00

Add to cart



**Multicolor Breifcase**

$2,498.00

Add to cart





**Cartoon Tp Holder**

$99.00

Add to cart



**Skateboard Trunk Set**

$2,999.00

Add to cart



**KAWS Chair**

$3,498.50

Add to cart

 

**KAWS BFF Tumbler Set**

$59.00

Add to cart



**Monogram Cup Set**

$223.50

Add to cart



**Gothic Bath Robe**

$229.50

Add to cart



**Denim Beanbag**

$799.00

Add to cart



**Passing Through Sculpture**

$3,499.00

Add to cart



**BFF Sculpture (Pink)**

$3,499.00



**Ceramic Ashtray**

$59.00

Add to cart



**Denim Beanbag Chair and Pillow**

$984.50

Add to cart



**Chanel Cup Set**

$0.00

Out of stock



**Wooden Companion**

$399.00

Add to cart



**Brooklyn Doormat**

$99.00

Add to cart



**Wool Throw Blanket**

$299.00

Add to cart



**Leather Foot Stool**

$799.00

Add to cart



**Denim Ottoman**

$599.00

Add to cart





**No. 5 Neon Light**

$499.00

Add to cart



**Brown Trunk Set**

$399.00

S ⌄

Add to cart



**Florence Shadow Rug**

$899.00

Add to cart



**Checkered Rug**

$899.00

Add to cart



$149.00

Add to cart



**White Steamer Trunk**

$7,500.00

Add to cart



**Steamer trunk**

$5,500.00

Add to cart



**Large Steamer Trunk**

$10,000.00

Add to cart



**Mirror Steamer Trunk**

$10,000.00

Add to cart



**Vintage Steamer Trunk**

$8,500.00

Add to cart



**Steamer Trunk**

$5,500.00

Add to cart



**Custom Vanity Trunk**

$14,500.00

Add to cart



**Paris Neon Light**

$499.00

Add to cart





**Leather Foot Stools**

$599.00

Square ▾

Add to cart



**Face Down Toy**

$299.00

Add to cart



**Wooden Kaws Sculpture**

$7,500.00

Add to cart



**Transparent Organization Box**

$249.00

Add to cart



**Ergonomic Cat Bed**

$399.00

Add to cart



**Leather Pet Carrier**

$349.00

Add to cart



**Small Monogram Briefcase**

$399.00

Add to cart



**Organization Tray**

$99.00

Add to cart



**Leather Foot Stool**

Add to cart



**Metal Reusable Straw**

$249.00

Add to cart



**Round White Rug**

$599.00



A

Add to cart



**Red Steamer Trunk**

$5,999.00

Add to cart



**Wine Decanter with Mini Trunk**

$499.00



**Leather Desk Protector**

$199.00

Add to cart



**Stamped Carryon Luggage**

$1,198.50

Add to cart



**White Surfboard**

$4,999.00

Add to cart



**White Skimboard**

$4,449.00

Black ⌄

Add to cart



**Louis Skim Board**

$2,600.00

Out of stock



**Brown Beach Towel**

$249.00

Add to cart



**Wooden Foldable Ladder**

$2,999.00

Add to cart



**Watercolor Towel**

$249.00

Add to cart





### Watercolor Skatedeck

$399.00

Add to cart



### Space Holiday Sculpture

$4,890.00

Gold ⌄

Add to cart



### Ceramic Dinner Set

$249.00

4 Plate Set ⌄

Add to cart



### Bartender Ice Set

$199.00

Add to cart



### Murakami Camo Trunk

$5,495.00

Add to cart



### Denim Lounge Chair

$599.00

Add to cart



### Paris Wall Clock

$249.00

Add to cart



### Brown Desk mat

$299.00

Add to cart



### U

$0.00

Add to cart



**L**

$0.00

Add to cart



**L**

$0.00

Add to cart



**L**

$0.00

Add to cart



**L**

$0.00

Add to cart



**L**

$0.00

Add to cart



**LV Trunk**

$5,999.00

Add to cart



**LV Trunk**

$7,999.00

Add to cart



**Red Steamer Trunk**

$5,498.00

Add to cart





**Best Freinds**

$3,800.00

| 1.8m Pink Sesame Street ⌄ |
|---|

Add to cart



**Transparent Plates**

$99.00

| light yellow ⌄ |
|---|

Add to cart



**KAWS x DIOR Sculpture**

$368.00

size

| Height 38 cm ⌄ |
|---|

Colour

| Pink ⌄ |
|---|

Add to cart



**Crow Heart Ottoman & Pillow**

$399.00

Add to cart



**Los Angeles Rug**

$499.00

Add to cart



**Leather French Bulldog**

$249.00

Add to cart



**Luxury Decanter with Mini Trunk**

$399.00

Add to cart



**Water Color Bear**

$149.00

Add to cart



**Ceramic Ashtray**

$59.00

| WHITE | ⌄ |

Add to cart



**White Trooper Rug**

$149.00

| S (60x120cm) | ⌄ |

Add to cart



**Brown Bean Bag**

$699.00

Add to cart



**Monogram Area Rug**

$899.00

| 4x6ft | ⌄ |



### Crow Hearts Rug

$199.00

Add to cart



### Orange Towel Set

$99.00



A

Add to cart



### Crows Hearts Beanbag

$4,999.00

Add to cart



### Beige Skateboard

$479.00

Add to cart



**Ceramic Candle**

$179.00

Add to cart



**Nordic Bedding Set**

$499.00

Colour

| Light luxury | ∨ |

Applicable bed size

| 1.5m bed【quilt cover 200x230】 shee | ∨ |

Add to cart



**CC Photography Props**

$38.00

| Surfboard 1.2*26 | ∨ |

Add to cart



$1,299.00

Add to cart



**Furry Eye Cover**

$149.00

Brw ▾

Add to cart



**Fur Neck Pillow**

$399.00

Add to cart



**Flat Wear Set**

$448.50

Add to cart



**Black Vanity Tray**

$99.00

Out of stock



**Black mirror**

$199.00

Add to cart



**Chanel Neon Light**

$499.00

Add to cart



**Black Throw Pillow**

$199.00

Add to cart



**Black Throw Blanket**

$249.00

Add to cart





**Black Watch Box**

$249.00

Add to cart



**Black Oil Drum**

$2,498.50

Add to cart



**Black Makeup Tray**

$99.00

Add to cart



**Black Vanity Box**

$149.00

Add to cart



**Black Vanity Tray**

$99.00

Add to cart



**Black Tray**

$0.00

Out of stock



**Black Yoga Mat**

$199.00

Add to cart



**Black Basketball**

$199.00

Gold ▾

Add to cart



**Black Tennis Racket**

$399.00

Add to cart



**Black Toothbrush**

$299.00

| BLACK |  ⌄ |
|---|---|

Add to cart



**Black Bath Mat**

$99.00

Add to cart



**Black Surfboard**

$3,499.00

| White |  ⌄ |
|---|---|

Add to cart



**Black Hand Mirror**

Add to cart



**Black Yoga Ball**

$399.00

Add to cart



**Black Basketball**

$199.00

Add to cart



**Black Boxing Gloves**

$373.50

Add to cart



**Black Yoga Mat**

$249.00

Add to cart



**Oversized French Frames**

$99.00

Add to cart



**Stylish French Glasses**

$99.00

Add to cart



**Rimless Oval Frames**

$99.00

| a | ⌄ |

Add to cart



**Oversized Italian Sunglasses**

$99.00

Add to cart



**Classic Oversized Glasses**

$99.00

Add to cart



**Millionaire Sunglasses**

$99.00

Add to cart



**Square Sunglasses**

$99.00

Add to cart



**Dior Glasses**

$99.00

Add to cart



### Versace Glasses

$89.00

blk ⌄

Add to cart



### Mini Fanny Pack

$99.00

Add to cart



### Mini Backpack

$129.00

Add to cart



### Woodbridge Frames

$99.00

Add to cart



### Los Alamos Frames

Add to cart



**Eyewear Wood**

$129.00

Add to cart



**GG Monogram Red Hat**

$69.00


red

Add to cart



**Designer Sock 3 Pack**

$59.00

Add to cart



**Chrome Hearts Clamp**

$99.00



**Ring feat. Lips**

$99.00

Add to cart



**Shoelace Accessory**

$99.00

Add to cart



**Iced Out Dogtag**

$149.00

Add to cart



**Silver Initial Pendant**

$99.00

Add to cart





**Fendi Hat**

$69.00

Add to cart



**Chromehearts Eyewear**

$99.00

Add to cart



**Chrome Hearts Sungalsses**

$99.00

Add to cart



**TNFG Bucket Hat**

$69.00

Add to cart



**White Bucket Hat**

$69.00

Add to cart



**Monogram Glasses**

$99.00

Add to cart



**French Frames**

$99.00

Add to cart



**Los Angeles Eyewear**

$99.00

Add to cart



**Santa Monica Frames**

$99.00



**Oversized French Frames**

$99.00

Add to cart



**Small French Frames**

$99.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pair**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Coco Wire Frames**

$79.00

Add to cart



**HP28**

$79.00

Add to cart



**Monogram Aviator Glasses**

$79.00

Add to cart



**HP24**

$99.00

Add to cart