# Exhibit 8

Exhibit 8


Home  >  Coconut V2.0



## Coconut V2.0

### $59.00

**Product parameters: Brand: Ronnia Function: breathable Size: 36 37 38 39 40 41 42 43 44 45 46 Pattern: graffiti Style: youth...**

36

H3101 Eyes

1

Subtotal $59.00

ADD TO CART             ADD TO WISHLIST

BUY IT NOW

Home  >  KAWS Backpack



## KAWS Backpack

$129.00

Pink

1

Subtotal $129.00

ADD TO CART                 ADD TO WISHLIST

BUY IT NOW

Home  >  KAWS BAPESTA Powder



# KAWS BAPESTA Powder
### $299.00

**Fresh Bapestas**

| 37.5 |

| White Powder |

| 1 |

Subtotal $299.00

[ ADD TO CART ]     [ ♡ ADD TO WISHLIST ]

[ BUY IT NOW ]



# KAWS BAPESTA

**$238.00**

**41-44 sz**

| 41 |

| White Gray |

| 1 |

Subtotal $238.00

[ ADD TO CART ]    [ ♡ ADD TO WISHLIST ]

[ BUY IT NOW ]

Home  >  Kaws Birkin Bag



New

# Kaws Birkin Bag

### $199.00

**Brand: HNY Texture: cotton Closed way: cover type Style: European and American fashion Condition: New**

(SM) 40cm

1

Subtotal $199.00

ADD TO CART             ADD TO WISHLIST

BUY IT NOW

FREE SHIPPING ON ALL ORDERS

HIDEOUT.NYC



0

Home > Original Companion Slides



# Original Companion Slides

**$49.00**

Original Companion Slides US size 5-12

| US 6 (37) |

| Green |

| 1 |

Subtotal $49.00

ADD TO CART     ADD TO WISHLIST

BUY IT NOW