BY ECF                                                                                                              November 18, 2024
Hon. Judge P. Kevin Castel,
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

**Re: <u>Brian Donnelly v. Jonathan Anand et al Civil Action No. 1:21-cv-9562(PKC)</u>**
**Subject: <u>Showcause for Lifting of the Automatic Bankruptcy Stay</u>**

Dear Honorable Judge Castel:

I am writing respectfully to inform the Court of significant developments regarding my personal and legal circumstances that bear directly on my involvement in this case.

I have filed for bankruptcy and have since been discharged under the bankruptcy proceedings. As part of this process, my previous attorney, Mr. Sanjay Chaubey, is unable to represent me as he is a named creditor in my bankruptcy case. I will therefore be representing myself pro-se in this matter moving forward.

Additionally, I wish to highlight that I no longer have any affiliation with Homeless Penthouse. I was merely an employee of the company and am no longer employed by them. I am trying to demonstrate to the Court that I was discharged in my bankruptcy, and I believe that the adversary proceeding filed by the other side, which has now been transferred to Your Honor's court, does not involve me substantively.

Given these circumstances, I respectfully request that the Court consider removing me as a party to this action. My involvement in this matter is tangential at best, as I had no significant role or interest in the underlying dispute.

Since I do not have access to ECF, I have requested my attorney Sanjay Chaubey, Esq. to file this letter on my behalf.

Thank you for your attention to this matter. I am prepared to provide any additional documentation or information the Court may require to grant my request.


Respectfully submitted,
_____/s/_____
Jonathan Anand