UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRIAN DONNELLY a/k/a KAWS,

                Plaintiff/Creditor,

                                                      24-cv-6320 (PKC)

       -against-                                                ORDER

JONATHAN MOHAN ANAND individually and
d/b/a Homeless Penthouse, Penthouse Theory,
Hideout.NYC, Incognito and Young Neon,

                Defendant/Debtor.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The only issue in the adversary proceeding, <u>Donnelly v. Anand</u>, 24 Civ. 6320 (PKC), is whether plaintiff's claims against Jonathan Mohan Anand in <u>Donnelly, et al. v. Anand</u>, 21 Civ. 9562 (PKC), are nondischargeable debt pursuant to 11 U.S.C. § 523(a)(6). If the debt is non-dischargeable, the Court will proceed to adjudicate the sanctions motion filed in 21 Civ. 9562. If the debt is dischargeable, then an application to strike defendant's answer in 21 Civ. 9562 would be moot and the litigation would be at end.

        The Court will conduct a bench trial at 2 p.m. on September 4, 2025 in Courtroom 11D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY. Plaintiff shall submit lists of witnesses, exhibits and a trial brief by August 19, 2025. Defendant shall submit lists of witnesses, exhibits and a trial brief by August 26, 2025.

        **THE FAILURE OF ANY PARTY TO FULLY COMPLY WITH THIS ORDER OR TO APPEAR IN PERSON AT THE SEPTEMBER 4, 2025, 2 P.M. TRIAL**

**WILL RESULT (A) IN THE CASE OF THE PLAINTIFF, IN THE DISMISSAL OF THE PLAINTIFF'S CLAIM AGAINST DEFENDANT; AND (B) IN THE CASE OF THE DEFENDANT, IN THE ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT..**

Plaintiff's counsel is ordered to serve this Order upon defendant and to file an affidavit of service to the docket within three (3) days of service.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       August 5, 2025