UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRIAN DONNELLY a/k/a KAWS,,

                        Plaintiff/Creditor,

-against-                                            Case No. 24-cv-6320 (PKC)

JONATHAN MOHAN ANAND individually and
d/b/a Homeless Penthouse, Penthouse Theory,
Hideout.NYC, Incognito and Young Neon,

                        Defendant/Debtor.
------------------------------------------------------------x

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE, that the undersigned hereby appears as bankruptcy attorneys for the Plaintiff/Creditor and demands service of all filed documents.

Dated:  New York, New York
          August 29, 2025

                                BACKENROTH FRANKEL & KRINSKY, LLP
                                Attorneys for Plaintiff/Creditor


                        By:    s/Mark A. Frankel
                                488 Madison Avenue
                                New York, New York 10022
                                (212) 593-1100