# Aaron Richard Golub, Esquire, P.C.

Aaron Richard Golub, Esquire
42 East 64th Street, 5th Floor
New York, New York 10065

Office 1-212-838-4811
Cellular 917-282-2619
Email argolub@argolub.com

**VIA ECF**

September 3, 2025

The Honorable P. Kevin Castel
United States Courthouse
Courtroom 11 D
500 Pearl Street
New York, New York 10007

Re: Brian Donnelly AKA KAWS et al. v. Jonathan Anand et al., Civil Action Nos. 1:21-cv-09562 and 1:24-cv-6320 (PKC)

Dear Judge Castel:

I am counsel to plaintiff, Brian Donnelly AKA KAWS, in the above-captioned related civil actions.

Pursuant to the Court's September 2, 2025 Order in the above civil actions, ECF 169 and ECF 28, respectively, by which the Court adjourned the September 4 bench trial to October 9 at the request of defendant Jonathan Anand, I regret to inform the Court that I will be out of the country for much of October, including on October 9th. I have been plaintiff's attorney in this matter from its inception, and the plaintiff is a longtime client of mine. In addition, Mark Frankel, who is now counsel of record for plaintiff in the dischargeability matter (Case No. 1:21-cv-09562-PKC) also is unavailable for trial on October 9 because he will be in Los Angeles on that date. If the trial were to proceed without our participation, it would unfairly disadvantage and prejudice plaintiff. In contrast, an adjournment of a few weeks will not adversely impact the defendant.

After receiving yesterday the Order adjourning the trial to October 9, we emailed defendant Anand last evening to request his consent to adjourn the matter. We originally proposed rescheduling the case to a date either within the first two weeks of November (excluding Nov. 3) or the first 10 days of December, but in the interim, our client, Brian Donnelly informed us that he has preexisting plans that require him to travel for most of November. In a subsequent email last evening, we proposed adjourning the case to a date within the first 10 days of December and requested Mr. Anand inform us whether he would consent to the adjournment by the close of business today in the Eastern time zone. We have not heard from him, but given that he has represented to the Court that he resides in Shenzhen, China where there is a 12-hour time difference and he has not responded, presumably, he declines to provide his consent.

---

*Handwritten annotation (judge's order):*

Mr. Anand is directed to respond by September 16, 2025. Plaintiff shall serve this order on Mr. Anand and file an affidavit of service.

SO ORDERED
[signature]
USDJ
9-3-25

# Aaron Richard Golub, Esquire, P.C.

Nevertheless, we wanted to notify the Court of our scheduling conflicts as expeditiously as possible.

Plaintiff has not previously sought any adjournment or extension of the trial date. On the contrary, plaintiff has diligently prosecuted this matter and made multiple requests for the Court to rule on our long-pending sanctions motion.

Therefore, plaintiff respectfully requests that the Court adjourn the trial date from September 4 to a date between December 1 and 10 so that plaintiff may be represented by its counsel in the trial and bring to a close this case that dates back nearly 4 years.

Finally, in accordance with the Court's Order of September 2nd, we confirm that we served the Order on Defendant Anand on September 2, 2025, and filed a Certificate of Service today via ECF.

Respectfully submitted,

/s/ Aaron Richard Golub

Aaron Richard Golub

cc: Jonathan Anand – via email (jonathananand@gmail.com)