# BACKENROTH FRANKEL & KRINSKY, LLP
488 Madison Avenue Floor 23
New York, New York 10022
(212) 593-1100

**VIA ECF**  September 29, 2025

The Honorable P. Kevin Castel
United States Courthouse
Courtroom 11 D
500 Pearl Street
New York, New York 10007

*Application Denied.*
*So Ordered*
*[signature] USDJ*
*9-30-25*

Re: Brian Donnelly AKA KAWS et al. v. Jonathan Anand et al., Civil Action No. 1:24-cv-6320 and 1:21-cv-09562 (PKC)

Dear Honorable Sir:

I am co-counsel to plaintiff, Brian Donnelly AKA KAWS, in the above-captioned civil actions for which the Court has scheduled a trial on the issue of discharageability in Civil Action No. 1:24-cv-6320.

Pursuant to the Court's September 2, 2025 Order (ECF 28), by which the Court adjourned the September 4 bench trial to October 9 at the request of defendant Jonathan Anand, my co-counsel Aaron Richard Golub wrote to the Court on September 3, 2025, that both he and I will be out of town and unavailable on October 9th. (ECF 31) Mr. Golub's letter to the Court proposed an adjournment to a date during the first 10 days of December, and the Court thereafter issued a Memo Endorsement on the same date directing (i) Mr. Anand to respond by September 16th; and (ii) plaintiff to serve the Order on Mr. Anand and file proof of service. (ECF 32).

Plaintiff fulfilled his obligations (ECF 33). Mr. Anand has not responded to the Court's September 3rd Order, and the Court's docket reflects no filing. Accordingly, plaintiff renews his request to adjourn the trial to a date within the first 10 days of December so that the parties and counsel may plan their schedules and to bring to a close this matter.

Respectfully submitted,

/s/ Mark Frankel

cc: Aaron Richard Golub, Esq.
Jonathan Anand – via ECF and email (jonathananand@gmail.com)