**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BRIAN DONNELLY a/k/a KAWS and KAWS INC.,

                Plaintiff,

-against-                           24 **CIVIL** 6320 (PKC)

                                             **JUDGMENT**

JONATHAN MOHAN ANAND individually and d/b/a Homeless Penthouse, Penthouse Theory, Hideout.NYC, Incognito and Young Neon,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Order dated October 9, 2025, the claims of Brian Donnelly and KAWS Inc. in Donnelly et al. v. Anand, 21 Civ. 9562 (PKC), are nondischargeable bankruptcy debt pursuant to 11 U.S.C. § 523(a)(6). Judgment is entered in plaintiffs' favor in Brian Donnelly a/k/a KAWS and KAWS Inc. v. Anand, 24 Civ. 6320 (PKC). Accordingly, the case is closed.

**Dated:**  New York, New York

      October 10, 2025

                                              **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                **BY:**

                                                  **Deputy Clerk**